# BILL OF SALE

In consideration of the transfer of $500,000 and other good and valuable consideration, by GSL OF ILL, LLC ("Buyer") to CRAIG D. KROSOB AND LISA KROSKOB, HIS WIFE, AND DBA KROSKOB FARMS ("Seller"), the receipt and sufficiency of which is hereby acknowledged, Seller does hereby grant, sell, assign, transfer, convey, set over and deliver to Buyer this date,

~~All of Seller's now existing assets and business related to the [BUSINESS NAME] as a going concern, including all equipment and personal property, Inventory, Hardware, Intellectual Property and all other assets of Seller that comprise the Purchased Assets. Including, but not limited to~~, all of Seller's right, title, and interest in the assets described in Exhibit A hereto.  *C.K.*  *L.K.*

Capitalized terms used herein and not otherwise defined shall have the meanings given to them in that certain Equipment Lease Agreement, dated June 1, 2006, between Seller and Buyer ("Equipment Lease Agreement").

All of the Purchased Assets are transferred to Buyer, its successors and assigns, to have and to hold to and for its and their own proper right, use and benefit forever.

Except as otherwise specifically provided in the Equipment Purchase Agreement, Seller covenants with Buyer, its successors and assigns, that Seller is the lawful owner of the Purchased Assets and has good right to sell them and that the Purchased Assets are free from all liens and encumbrances.

This Bill of Sale is being delivered pursuant to, and is subject to the terms of, the Equipment Purchase Agreement.

Date: **9-25-06**

CRAIG D. KROSKOB AND LISA KROSKOB, HIS WIFE, AND DBA KROSKOB FARMS

by: *[signature: C. D. Kroskob]*

by: *[signature: Lisa D. Kroskob]*

*[signature: Kroskob Farms]*

**EXHIBIT 1**

## BILL OF SALE

In consideration of the transfer of $500,000 and other good and valuable consideration, by GSL OF ILL, LLC ("Buyer") to CRAIG D. KROSOB AND LISA KROSKOB, HIS WIFE, AND DBA KROSKOB FARMS ("Seller"), the receipt and sufficiency of which is hereby acknowledged, Seller does hereby grant, sell, assign, transfer, convey, set over and deliver to Buyer this date,

~~All of Seller's now existing assets and business related to the [BUSINESS NAME] as a going concern, including all equipment and personal property, Inventory, Hardware, Intellectual Property and all other assets of Seller that comprise the Purchased Assets. Including, but not limited to,~~ all of Seller's right, title, and interest in the assets described in Exhibit A hereto. *[handwritten initials: C.K., J.K.]*

Capitalized terms used herein and not otherwise defined shall have the meanings given to them in that certain Equipment Lease Agreement, dated June 1, 2006, between Seller and Buyer ("Equipment Lease Agreement").

All of the Purchased Assets are transferred to Buyer, its successors and assigns, to have and to hold to and for its and their own proper right, use and benefit forever.

Except as otherwise specifically provided in the Equipment Purchase Agreement, Seller covenants with Buyer, its successors and assigns, that Seller is the lawful owner of the Purchased Assets and has good right to sell them and that the Purchased Assets are free from all liens and encumbrances.

This Bill of Sale is being delivered pursuant to, and is subject to the terms of, the Equipment Purchase Agreement.

Date: 8-25-06

CRAIG D. KROSKOB AND LISA KROSKOB, HIS WIFE, AND DBA KROSKOB FARMS

by: *[signature: Cj D Kroskob]*
by: *[signature: Lisa D Kroskob]*
*[signature: Kroskob Farms]*

Exhibit A

pages 1-6

List of Equipment for GSL of ILL, LLC

Total and ALL Colateral

pages 1-6

NO Real Estate

This list not collateral at Farmers State Bank of Brush, Colo. — Al J. Campbell, President
4-25-06

## Kroskob Farms
### EQUIPMENT LIST

| Equipment Description | Make | Model | Serial# | Condition | Mkt Value |
|---|---|---|---|---|---|
| 40 MobileRadios | | | | Good | 30,000 |
| End Dump | Hobbs | 1982 | FHT394801 | Good | 12,500 |
| End Dump | Hobbs | 1972 | FWP273301 | Good | 12,500 |
| Bale Stacker | McDonn | 1999 | 131688 | Good | 33,000 |
| BoxScraper | David | 114 | L121470 | | |
| 3-Cornheads | JD | 843 1990 | 45335 H00843x 635886 487168 | Good | 10,000 |
| Misc. Shop Equipment | | | 12901012 | Good | 52,500 |
| Loader | Koyker | 2000 | GB670-3 | Good | 40,000 |
| Bale Processor | BigBoss | 1999 | 99120 | Good | 19,000 |
| TubGrinder | Haybuster | 2001 | 3ER05140 | Good | 14,000 |
| Bedder | Schlagel | | 222JJ0198 | Good | 125,000 |
| Grain Cart | Brent | | 420369 | Good | 12,000 |
| Grain Cart | Brent | | 3434 | Good | 11,000 |
| Semi | Pete | 1984 | 15E397471 | Good | 11,000 |
| Trailer | Wil | 1997 | 15D392672 | Excel | 15,000 |
| Bobtail | INT | 1997 | 15E393247 | Excel | 12,000 |
| Semi | Fre | 1993 | 15E398596 | Excel | 50,000 |
| Truck | GMC | 1975 | 15E392686 | Excel | 30,000 |
| PKP | DodgeRam | 2001 | 1BYMF336 31J203523 | Good | 11,000 |
| PKP | Ford F350 | 1999 | 1FTNW21F 6xDB03587 | Good | 28,300 |
| Truck | INT | 1981 | 1HTDF257 38HA17063 | Excel | 25,800 |
| Trailer | Wil | 1995 | 1W1BHA60 x5E307414 | Good | 14,000 |
| Truck | Ken | 1981 | 1XKWDB8X4 BF194880 | Good | 30,000 |
| Truck | Ken | 1994 | 1XKADE9X 4RR620790 | Good | 35,000 |
| Truck | Fre | 1892 | 1FUXDSYB9PP43 8308 | Good | 14,000 |
| PullType Spreader | Knight | | | Good | 25,000 |

*A.J. Campbell, President*

| Item | Make | Model | Year | Serial/ID | Condition | Value |
|---|---|---|---|---|---|---|
| PullType Spreader | Knight | | | | Good | 25,000 |
| Mulcher 32Ft. | Kewanee | #360 | | | Good | 15,000 |
| Mulcher 30Ft. | Brillion | | | WL-03178 030 | Good | 25,000 |
| Darf Rake | | 950 | | | Good | 12,500 |
| Weed Mower | Krause | 7025 | | 1220230 | Good | 25,000 |
| Planter | JD | 7300 | | A106987 | Good | 15,000 |
| Landsman | Krause | 3122 | | 1439 | Good | 15,000 |
| 12ft. Box Scraper | | | | 11540 | Good | 25,000 |
| 930 JD w/ Sunflower Pans | JD | | | P631731 | Good | 25,000 |
| Ford | 58 Ford 800 | | | AE6015H | Good | 12,000 |
| 2-BeanHeads | JD | | | X586577 X582375 | Fair | 20,000 |
| Tractor | JD | 4430 | | 6000 Hrs. H050923R | Good | 15,000 |
| Tractor | JD | 4640 | | 021362Rw | Good | 23,000 |
| PKP GMC Sierra | | | 2004 | 1GTJK3320 4F184288 | Excel | 34,000 |
| Owed-$18,000 -691.00 a mo. Chrysler Financial |||||||
| Tractor | JD | 4630 | 1976 | R015090R | Good | 15,000 |
| 30'Platforms | JD | 939 | 1990 | 631515 661235 661309 | Good | 36,000 |
| 3-BeanHeads | JD | 224 | 1990 | x586577 x582375 130577 | Good | 20,000 |
| 2-Pickup Heads | JD212 | | 1980 | | Good | 12,000 |
| Stock Shredder | Hiniker | | 1997 | | Good | 26,000 |
| Baler | Hesston | 4910 | 2002 | HK48109 1276 | Good | 75,000 |
| Semi Trailer | Trinity | | 2000 | 1F95E4223 4B11419 | Good | 20,000 |
| Big Bale Stacker | MacDon | 1300 | | | Good | 25,000 |
| Tractor | JD | 4450 | 1985 | RW445014 019055 | Good | 43,000 |
| Tractor | JD | 7800 | 1996 | P010772 | Good | 68,000 |
| Tractor | JD | 8200 | 1996 | RW8200 P012420 | Good | 83,000 |
| Spreader | Knight | | | 1050A | Good | 25,000 |
| 7 Tower Sprinkler | Zimmatic | | 2003 | L-72633 | Good | 30,000 |
| 7 Tower Sprinkler | Zimmatic | | 2003 | L-62526 | Good | 30,000 |
| 6 Tower | | | | | | |

04/25/2006   17:10   FARMERS STATE BANK → 8479600   NO.981   003
APR-25-06 04:15 PM   P.07

*A.J. Campbell, President*   Page 3

| | | | | | |
|---|---|---|---|---|---|
| Sprinkler 7 Tower | Zimmatic | 2000 | L-63654 | Good | 24,000 |
| Sprinkler | Zimmatic | 2001 | L-64719 | Good | 27,000 |

*A.J. Campbell, President*

Page 4

## Kresek Farms
### EQUIPMENT LIST

| Equipment Description | Make | Model | Serial# | Condition | Mkt. Value |
|---|---|---|---|---|---|
| Ripper | IHC | 10 | IHC4515 | Good | 5,500 |
| 2-Bean Rods | JD | 843 1990 | 3090-4 26905-2 | Good | 5,000 |
| 2-Stripper Bars | JD | | 17034 16071 | Good | 6,000 |
| 2-Stripper Bars | JD | | | Good | 6,000 |
| Landleveler | Eversman | | | Fair | 4,000 |
| Highlift Dump-Wagon | Duval | | 1058 | Good | 7,000 |
| 8-Row Schmeizer | JD | | AR97612 | Good | 5,000 |
| 18ft. Disc | Krause | | | Good | 3,500 |
| 2-Rotteras | Lelly | | 0207 0304 | Good | 4,000 |
| 16row Sprayer | INT | | 16307x7 | Good | 7,500 |
| 350 Corral Panels | | | | Good | 10,000 |
| Combine Trailer | Jantz | | 5396 | Good | 10,000 |
| Weedburner | Hielburn | | HEI518 | Good | 10,000 |
| 16row Sprayer | ALLO | | IK947 | Good | 7,500 |
| Ripper | JD | | 011797 | Good | 3,000 |
| Ripper | JD | | 1081 | Good | 3,000 |
| Trailer | WIL | 1964 | LU-8734 | Fair | 7,000 |
| Truck | GMC | 1969 | JV7DAD103543 | Fair | 7,500 |
| Truck | GMC | 1972 | MH90AD204393 | Fair | 4,200 |
| Truck | INT | 1973 | 42747C9R12677 | Fair | 10,000 |
| Truck | Fre | 1992 | 1FUYDPYB6NH518945 | Good | 10,000 |
| Trailer | HOB | 1959 | | Fair | 7,000 |
| Trailer | WIS | 1981 | 1DA72C577DM007235 | Good | 6,500 |
| TT | Whi | 1990 | 4VIDDFUE7LU626352 | Good | 10,000 |
| TT | GMC | 1969 | 4VIDDFUE5KN609512 | Good | 6,500 |
| Bobtail | Western Star | 1974 | 15E395072 | Good | 10,000 |
| PKP | Dodge Ram | 2001 | 1BYMF33631J203523 | Good | 6,000 |
| PKP | Chev C-10 | 1978 | CCL448F4 | Fair | 2,000 |

*A.J. Campbell, President*

Page 5

| Item | Make | Year | Serial | Condition | Value |
|---|---|---|---|---|---|
| PKP | GMC K3500 | 1992 | 473360000 1GDHK34F1NE55262 | Good | 7,400 |
| Tiller Bedder KMC | | | HG51537 | Good | 3,500 |
| 2-Steal Harrows | | | H1963 H1965 | Good | 4,000 |
| 3 High Point Lift | AgriCrane | | | Good | 5,000 |
| 2-8row Cultivators | Lilliston | | 14846 78195 | Good | 4,500 |
| 2-5000gal fuel tanks | Gasboy pumps | | | Good | 3,000 |
| 10-500gal fuel tanks | Gasboy pumps | | | Good | 7,000 |
| 25' Equip. trailer | Moonon | 1983 | 1DA72C577DM007235 | Good | 6,000 |
| 25' Equip. trailer | Imco | 1990 | | Good | 6,000 |
| 28' Swather trailer | GM | 2000 | | Good | 6,500 |
| 35' Sweep | Krause | | K130 | Good | 6,000 |
| Bedder | Orthman | 1991 | 4529 | Good | 4,500 |
| Stalk Shredder | Hiniker | 5600 | 0050 | Good | 8,000 |
| Stalk Shredder | Hiniker | 5600 | 0052 | Good | 8,000 |
| 34'Wing Disc | INT | | 1378 | Good | 5,000 |
| Plow 5x18 | INT | | 0274860 | Good | 5,000 |
| Ripper | Krause | | 4515 | Good | 7,500 |
| Ripper | Krause | | 1-081 | Good | 7,500 |
| Cultivator | JD 690 | | H00885x001457 | Good | 8,500 |
| Disc | JD 335 | | T0331 | Good | 10,000 |
| 2-Header Trailers | JD | | 9043 831109 | Good | 6,000 |
| 3-70ft. Augers | | | 107370 2374 128397 | Fair | 4,500 |
| Tractor | David Brown | 1969 | 1200-A713919-S | Fair | 3,500 |
| Bedder | Schlagel | | TPEDR12701 | Good | 8,500 |
| Till n Plant | Schlagel | | TP0830109603 | Good | 9,000 |
| Cultivator w/ markers | JD 885 | | 885x00267 | Good | 7,000 |
| Sprayer | Willie | | W720129 | Fair | 5,000 |
| Dummyhead | JD | | DP15903 | Fair | 1,500 |
| Dummyhead | JD | | 275718H | Fair | 1,500 |
| Ditchwitch | 3510 OD3610 | | 3K0702 | Good | 6,500 |

*A.J. Campbell, President*

Page 6

| Item | | | VIN/Serial | Condition | Value |
|---|---|---|---|---|---|
| PKP | Ford F250 | 1984 | 1FTHX2617 EKA33700 | Good | 2,000 |
| PKP | GMC K-15 | 1985 | 1GTEK14H4 FJ509906 | Fair | 2,500 |
| PKP | GMC | | 1GTEK14C 9FF706769 | Fair | 2,500 |
| Stacker Hesston | 60A | | 17279560A | Fair | 8,000 |
| Cultivator | Hiniker | | 6000-1719-103 | Fair | 7,000 |
| Cultivator | Hiniker | | 6000-1719-101 | Fair | 7,000 |
| Fuel Tank | 15000gal | | | Fair | 2,250 |
| Fuel Tank | 12000gal | | | Fair | 2,250 |
| Truck Pete | | 1979 | 115005N | Good | 10,000 |
| Brow ditcher Hawkins Bars-2 | | | 6713 | Good | 7,000 |
| 2-Beet Carts JD | | | 0231 | Good | 3,000 |
| IHC | | | 00540 | Good | 3,000 |
| 2-40ft. Storage Trailers | | | | Good | 3,000 |
| 40ft. Calving Tote a Shed | | | | Good | 9,000 |
| 30ft. Horse Shed Tote a Shed | | | | Good | 6,000 |
| Cattle Chutes w/Panels | | | | Fair | 6,000 |
| 5-Tower Sprinkler Raincat | | | 4780 | Good | 3,000 |
| 5-Tower Sprinkler Valley | | | V-13794 | Good | 3,000 |
| 5000 Irrigation Tubes | | | | Good | 5,000 |
| Disc JD 235 | | | A3991 | Good | 4,500 |

2nd

| | |
|---|---|
| Krause 4515 chopper chisel #1081 | 10,000 |
| | 115,750 |

### Komatsu Financial Corp.

| | |
|---|---|
| 1998 WA320-3 Wheel Loader #A30454 | 60,000 |
| 2000 WB150-2 Backhoe Loader #F10121 | 15,000 |
| 1997 WA380-3L Wheel Loader #A50256 | 75,000 |
| 1994 850 Motograder #201100 | 35,000 |
| | 215,000 |

### Farm Service Agency

| | |
|---|---|
| JD 7800 Tractor # RW7800P001340 | 60,000 |
| Case W30 Skid Loader # 12104040 | 15,000 |
| Banton 475 Tractor/Excavator # C475400 | 5,000 |
| Int. Paddle Scraper # 5240003U015453X | 8,000 |
| Hinniker 6000 Cultivator | 7,000 |
| Komatsu WA32 Loader #W320-110566 | 47,000 |
| Brillion 25ft. Mulcher | 15,000 |
| JD 8row cornhead #843 | 12,000 |
| Int. TD15 Cat #7877 | 15,000 |
| 1996 Jetco Grain Trailer # 1J9G42201TH009571 | 14,000 |
| JD 24ft. Bean head | 4,000 |
| | 144,000 |

### Knight Manufactoring

| | |
|---|---|
| 1170 Knight TK MTD. Spreader #2HSFMAHR7VC022933 | 28,000 |
| 1170 TK MTD. Spreader #1WUVDCJE5JN12635 | 28,000 |
| 1160 Knight Spreader Trailer Ser # 80 | 30,000 |
| | 86,000 |

*C. D. Kroll*
*Lisa Kresher*

MAY-03-06 05:12 PM                                                P.05

**Centennial Bank of the West**

| | |
|---|---:|
| JD 12ft. dozer | 6,000 |
| 81 JD 843 8 row cornhead #467168 | 6,000 |
| JD 224 bean head #583375 | 3,000 |
| JD 930 grain head | |
| JD 930 w/ sunflower pans | 9,000 |
| JD 9ft. pu head #275718H | 2,000 |
| JD 212 pu head | 1,000 |
| Ag-Krane Hi-Lift 3pt. | 2,500 |
| 3500+ irrigation tubes | 4,000 |
| 2-Header trailers | 2,000 |
| Hiniker 5600 #050-101 | 7,000 |
| 1-Artsway shredder | 1,000 |
| 72 Mohrlang 17ft. spreader #404 | 4,000 |
| Orthman 8row ditcher | 4,000 |
| 2- KMC Roto-tillers | 6,000 |
| Hawkins 8row or 6row ditcher | 2,000 |
| Sprayer 3pt. | 500 |
| JD Hyd ditcher | 500 |
| SB bedder w/ markers | 1,000 |
| 2-Lilliston 8row cultivators | 2,000 |
| Soil mover 10ft. | 1,500 |
| 4- 3 bar 3pt. cultivators w/ english ditchers | 1,000 |
| 1983 Frt. Tr wet kit #216709 | 4,000 |
| 1988 ATL TL 2 axl flatbed #1A9FH16250M0Q9175 | 3,000 |
| Hesston 60A | 4,000 |
| Hobbs 36ft. End dump #3948-1 | 4,000 |
| 45ft. Storage van | 500 |
| 40ft. Storage van | 500 |
| 95 Arrow 25ft GN | 1,000 |
| Int. 165 5x18 plow #0274860 | 5,000 |
| JD 235 disk | 3,000 |
| JD 717 rotary mower #7104 | 1,500 |
| Orthman 8row bean cutter | 5,000 |
| Orthman 10row 3pt. bean cutter | 2,500 |
| Eversman Hyd ditcher | 750 |
| AC 15ft. power harrow | 500 |
| Gopher Getter | 500 |
| JD 9ft. blade | 1,500 |
| Silver Jet Weed Burner | 500 |
| NH 283 Baler | 500 |
| Orthman Front 3pt. hitch | 1,500 |

*C-D Keorluly*
*Lisa Dresker*

### Case Credit Corp.

| | |
|---|---:|
| 2003 Hesstor Baler Model 4910 | 100,000 |
| 2003 Hesston Baler Model 4655 | 20,000 |
| 2003 Grain Drill Model 5400 | 15,000 |
| | 110,000 |

MAY-03-06 05:11 PM                                                                P.03

| | | |
|---|---|---|
| Flatbed | 2001 Mor. #007146 | 500 |
| **Combines** | | |
| Combine | 98 JD 9610 #09610x677053 | 100,000 |
| **Equipment** | | |
| Disk | JD 331 Disk #12261 | 7,000 |
| Beet Harvester | 95 Artsway 690 #AW690940460 | 18,000 |
| **Misc.** | | |
| Motorhome | 84 Midas | 8,000 |
| | | 455,500 |

### Chuck Brown Company
### Leases

| | |
|---|---|
| #1XP5DR9X2M0310632 1991 Peterbilt Truck-Tractor 379 Conventional | 15,000 |
| 1- 1990 Int. 8100 Truck- #1HSHCGGR5LH283743 | 25,000 |
| 1- American Eagle Bridge Big Bale Stacker | 60,000 |
| #37 MTD on Above Unit | |
| 1- H1100E Haybuster Commercial Tub Grinder | |
| # 22-2-JJ0198 w/ Caterpillar 3406T 460HP Engine Attached | 150,000 |
| # 3ER05140 1- Claas 900 Jaguar Self-Propelled Forage Harvester | 350,000 |
| #49204302 | |
| 1- Claas RU600 8 Row Industrial Harvester Head # 66102157 | 75,000 |
| 1- Claas 380 12 1/2' Hay Head # 42902343 | 25,000 |
| | 700,000 |

### John Deere Company

| | |
|---|---|
| JD 9610 Combine -BJ note | 100,000 |
| JD 4690 Windrower & JD 16' Auger- BP note | 50,000 |
| JD 8400 Row Crop Tractor- BS note | 60,000 |
| JD 4640 Row Crop Tractor- BT | 27,000 |
| JD 4895 Windrower & JD 895 Platform | 50,000 |
| | 287,000 |

MAY-03-06 05:11 PM                                                               P.02

## Kroskob Farms - Craig & Lisa Kroskob

### Farmerstate Bank of Brush

### List of Collateral

**Trucks**

| Item | Description | Value |
|---|---|---|
| Tractor | 88KW #1XKDDB9X1JJ348911 | 25,000 |
| Tractor | 88 Int. S-2300 #572942 | 20,000 |
| Tractor | 79GMC #621420 | 10,000 |
| Manure Box | 91Ft. #392963 | 15,000 |
| Manure Box | 87 Ft. KW #2NKWL29x8HM346842 | 20,000 |
| Potato Box | 87Int. #2HSFBAGR9HC006003 | 25,000 |
| Tractor | 88Whi (wrecked) | 8,000 |
| Tractor | 87Int. #89005 | 20,000 |
| Tractor | 91 Ft. #392359 | 15,000 |
| Tractor | 88Int. #1HSJYGUR7JH528658 | 25,000 |
| Feeder Box | 81Int. 1700 #1HTAA17B1BHB35545 | 22,000 |
| Dump Box | 81 Ford 9000 #1FDYU80W8BVJ21888 | 17,000 |
| Pickups | 82 Dodge #J87FP2454CY104276 | 1,500 |
| | 84 Chev #1GCEK14C1EJ123463 | 1,500 |
| | 93 Chev (wrecked) | 500 |
| | 93 GMC #1GTGK24K3PE529004 | 2,000 |
| | 84 Ford #1FTJ35L1EPA53263 | 2,000 |
| | 80 Dodge (wrecked) | 500 |

**Trailers**

| Item | Description | Value |
|---|---|---|
| Live Btm | 86 BoCat #15RB05022G1WS0067 | 10,000 |
| Live Btm | 83 Monon #1NNTF5129DM059942 | 10,000 |
| End Dump | Fruehayf 30' Alum. #FWP273301 | 8,000 |
| Grain | 96 Jet #1J9G42204TH009693 | 12,000 |
| Cattle Pot | American | 5,000 |
| Equipment | 30' Dropdeck | 12,000 |
| Equipment | Wildhorse 36' GN | 4,000 |
| Swather Trl | 00 Donahue | 10,000 |
| Equipment | 24' Gooseneck | 3,500 |
| Stock Trl. | 95 Trailman | 3,000 |
| Equipment | 48 WW Dropdeck | 5,000 |
| Flatbed | 83 #1DA72C577DM007235 | 5,000 |
| Snowmobile Tri | 97 Sport #399912 | 500 |
| Snowmobile Tri | 91 Yacht Club #96370 | 500 |
| Boat Trl. | 93 Boat Trl. #830101 | 500 |
| Boat Trl | 1997 Boat Trl. #000540 | 500 |
| Live Btm | 65 GTN #7116314 | 2,000 |
| Flatbed | 2001 Max #000393 | 500 |

*Craig D Kroskob*
*Lisa Kroskob*

MAY-03-06 05:13 PM                                                                 P.07

## Kroskob's Free Collateral

| | |
|---|---|
| 84 Pete Semi #15E397471 | $15,000 |
| 97 Wilson Trailer #15E392572 | 12,000 |
| 74 Western Star w/Box #15E395072 | 10,000 |
| 97 Int. w/Box #15E393247 | 50,000 |
| 93 Freightliner Semi #15E398593 | 30,000 |
| 75 GMC Truck #15E392686 | 11,000 |
| 76 JD4630 | 15,000 |
| Hesston 60 A Stacker | 8,000 |
| 2- Hinniker Cultivators | 14,000 |
| Fuel Tanks | 4,500 |
| 58 Ford 800 | 12,000 |
| Schlagel Bedder | 8,500 |
| Schlagel Till n Plant | 9,000 |
| JD 885 Cultivator w/markers | 7,000 |
| Sprayers | 5,000 |
| 2- JD Dummy Heads | 3,000 |
| 2- Orthman Bean cutters | 15,000 |
| 2- JD Bean Heads | 6,000 |
| 3- Bean Rods | 5,000 |
| 3510 Ditch Witch | 6,500 |
| Knight pull type spreader | 25,000 |
| Kewanee Mulcher 32ft. | 15,000 |
| 2-Hiniker Stalk Shredder | 16,000 |
| Int. 34' wing disk | 5,000 |
| Int. 165 5x18 Plow | 5,000 |
| | |
| 2- 30ft. Brillion Mulchers | 50,000 |
| 2- Krause Rippers | 15,000 |
| JD 4430 | 15,000 |
| JD 4640 | 23,000 |
| 2- Darf Rakes | 25,000 |
| Krause 7025 Weed Mower | 25,000 |
| JD 7300 Planter | 15,000 |
| 2- JD 690 Cultivators | 17,000 |
| Krause Landsman | 15,000 |
| 1- JD 335 Disc | 10,000 |
| 3- Combine Head Trailers | 9,000 |
| 3- 70ft. Augers | 4,500 |
| 3- 20ft Spring tooth | 2,500 |
| 3- Hesston 60A Hay Loafers | 20,000 |
| 1- 12ft. Blade Degelman | 8,000 |
| 1- 12 yd. Box Scraper | 25,000 |
| 1969 1200 David Brown Tractor | 3,500 |

*G.D Kroskob*
*Lisa Kroskob*

MAY-03-06 05:14 PM                                                                 P.08

| Item | Value |
|---|---|
| 2000 Koyker Loader | 19,000 |
| 1999 Big Boss Bale Processor | 14,000 |
| 2001 Haybuster H-1100-E | 125,000 |
| 2- JD Rotary Hoes | 4,000 |
| 3- 8 Row Hiniker Cultivators | 30,000 |
| 2- Orthman Bean Rods | 5,000 |
| 3- JD Stripper Bars | 6,000 |
| 2- 16 Row Sprayers | 15,000 |
| 2- Eversmen Floats | 4,000 |
| High Lift Dumpwagon | 7,000 |
| Schlagel Bedder | 12,000 |
| 8 Row JD Schmeizer | 5,000 |
| Krause 18ft. Disc | 3,500 |
| 2- Lelly Rotteras | 4,000 |
| KMC Tiller Bedder | 3,500 |
| 2- Steal Harrows | 4,000 |
| 3 Point High Lift | 5,000 |
| 2- 8 Row Lilliston | 4,500 |
| 2- 5000 Gal Fuel Tanks | 3,000 |
| 10- 500 Gal Fuel Tanks | 7,000 |
| Hielburn Weedburner | 10,000 |
| 2- 25' Equipment Trailers | 6,000 |
| 2- Brent Grain Car | 22,000 |
| 3- Rippers | 16,000 |
| 3- Box Scrapers | 10,000 |
| 40- Mobile Radios | 30,000 |
| 350- Corral Panels | 10,000 |
| Jantz Combine Trailer | 10,000 |
| 2- Hobbs End Dumps | 25,000 |
| 2000 Swather Trailer | 6,500 |
| 1982 Int. Feed Truck | 22,000 |
| Krause 35' Sweep | 6,000 |
| Orthman Bedder | 4,500 |
| 2- 8 Row Ditcher Bars | 7,000 |
| Misc. Shop Equipment | 40,000 |
| 2- Beet Carts | 3,000 |
| 2- 40ft. Storage Trailers | 3,000 |
| 40ft. Calving Shed Tote A shed | 9,000 |
| 30ft. Horse Shed Tote A Shed | 6,000 |
| Cattle Chute w/Panels | 6,000 |
| 2- 1998 Zimmatic Sprinklers | 40,000 |
| 2- Zimmatic 7-Tower Sprinkler | 60,000 |
| Raincat 5-Tower Sprinkler | 3,000 |
| Valley 5-Tower Sprinkler | 3,000 |
| 1999 Zimmatic Sprinkler | 25,000 |
| 5000 Irrigation Tubes | 5,000 |
| 3- 1990 JD 843 Corn Heads | 52,500 |

*Cris D Kroshel*
*Lisa Kroshel*

P.8   1 847-780-1008   Norm Lynnabrasoo   May 31 06 10:52a

| Item | Amount |
|---|---|
| 3-1990 JD 939 30' Platforms | 36,000 |
| 2-1990 JD 224 Bean Heads | 20,000 |
| 2-1990 JD 212 Pickup Heads | 12,000 |
| 2-1997 Hiniker Stock Shredders | 32,000 |
| 2002 Hesston 4910 Baler | 75,000 |
| 2000 Trinity Semi Trailer | 20,000 |
| 1-Mac Don 1300 Big Bale Mover | 25,000 |
| 1985 JD 4450 Tractor | 43,000 |
| 1996 JD 7800 Tractor | 68,000 |
| 1996 JD 8200 Tractor | 83,000 |
| 2001 Dodge Ram 3500 PKP | 28,300 |
| 2000 Plymouth Neon Sedan | 6,000 |
| 1999 Ford F350 PKP | 25,800 |
| 1978 Chev C-10 PKP | 2,000 |
| 1992 GMC K3500 PKP | 7,400 |
| 1984 Ford F250 Pickup | 2,000 |
| 1993 GMC K2500PKP | 2,000 |
| 2002 Yukon Suburban | 38,700 |
| 1985 GMC K-15PKP | 2,500 |
| 1986 GMC PKP | 2,500 |
| 2004 GMC Sierra PKP | 34,000 |
| 1982 FRE TT | 8,000 |
| 1979 Pet TR | 10,000 |
| 1984 Wil TL | 7,000 |
| 1982 Int. TR | 29,000 |
| 1969 GMC TR | 7,500 |
| 1972 GMC TR | 4,200 |
| 1995 Wil TL | 14,000 |
| 1973 Int. TR | 10,000 |
| 1981 Ken TR | 30,000 |
| 1994 Ken TR | 35,000 |
| 1992 FRE TR | 10,000 |
| 1959 HOB TL | 7,000 |
| 1981 WIS TL | 6,500 |
| 1992 FRE TR | 14,000 |
| 1990 WHI TT | 10,000 |
| 1989 GMC TT | 6,500 |
| | 2,089,900 |

*[signatures]*