## BILL OF SALE

Craig and Lisa Kroskob, individually, and dba Kroskob Farms, a Colorado proprietorship, doing business as _Kroskob Farms_ ("Seller"), for and in consideration of the sum of Ten Dollars ($10.00) in lawful money of the United States, and other good and valuable consideration, paid by GSL of Ill, LLC, an Illinois corporation or an Illinois Limited Liability Company, as the case maybe ("Purchaser"), the receipt whereof is hereby acknowledged, does hereby bargain, sell, assign, grant, transfer and convey unto Purchaser the following assets:

> All machinery, equipment and furniture and fixtures, as more fully described in Exhibit A attached hereto, which were utilized in or associated with the conduct or operation of the business of Seller at its premises in the State of Colorado or otherwise (the "Premises").

Expressly excluded from this purchase shall be:

    a. all accounts, accounts receivable, inventory, cash, cash equivalents, deposits, contract rights and claims relating to, or arising out of the business of Seller;

    b. any materials of a hazardous or toxic nature ("Hazardous materials") located on or about the Premises; and

    c. any assets which are not owned by Seller, or which are leased by Seller; provided, however, the Seller's right, title and interest, if any, in the foregoing property is hereby sold and/or assigned to the Purchaser.

EXCEPT FOR WARRANTING TITLE, ALL OF THE ABOVE-DESCRIBED ASSETS ARE HEREBY SOLD AS IS, WHERE IS, AND SELLER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY OR



EXHIBIT 4

FITNESS FOR ANY PARTICULAR PURPOSE OR OTHERWISE WITH RESPECT TO THE ABOVE-DESCRIBED ASSETS, ALL OF WHICH WARRANTIES ARE EXPRESSLY EXCLUDED.

Seller hereby agrees with Purchaser to sign, sell, execute and deliver, and to do or make or cause to be done or made, upon reasonable request by Purchaser (at Purchaser's expense), any and all agreements, instruments, papers, deeds, acts or other things, supplemental, confirmatory, or otherwise, as reasonably may be required by Purchaser for the purpose of or in connection with acquiring the above-described assets of Seller transferred, assigned, conveyed and granted or intended to be transferred, assigned, conveyed or granted, hereby or hereunder.

IN WITNESS WHEREOF, Seller has caused this Bill of Sale to be executed and delivered on this 30th day of March, 2007.

_____          KROSKOB FARMS
                                         By: _____
                                         Its: owner

_____          _____
Craig Kroskob                            Lisa Kroskob

ACKNOWLEDGED AND AGREED TO THIS
_____ day of March, 2007

GSL of Ill, LLC (Purchaser)

By: _____
Its: _____

# EQUIPMENT LIST
as appraised by
LOEB EQUIPMENT AND APPRAISAL COMPANY

| ORIGINAL ORDER from original item | MFG. - PRE-INSPECTION INFO | MODEL NUMBER - PRE-INSPECTION INFO | SERIAL NUMBER - PRE-INSPECTION INFO | HOURS PRE-INSPECTION INFO | YEAR BUILT - PRE-INSPECTION INFO | MACHINE DESCRIPTION - PRE-INSPECTION INFO | CURRENT WORKING ORDER - PRE-INSPECTION | MARCH 30 ORDER | APRIL 2 WORKING ORDER | KNOSHOP'S ESTIMATED VALUE | BOB'S DIRECTIONS TO JIM F. FOR INSPECTION | JIM F COMMENTS THROUGHOUT APPRAISAL | JIM F COMMENT ON CONDITION 1=NONE TO 5=EXCELLENT | RESULTS OF RESEARCH | APRIL 4 WORKING ORDER | EQUIPMENT LOCATION DURING INSPECTION | ORIGINAL BID DOCUMENT | MFG | MODEL NUMBER | SERIAL NUMBER | HOURS | YEAR BUILT | KNOSHOP # | MACHINE DESCRIPTION | DETAIL IMAGE / PHOTOS REQUESTED | APRIL 4 QUESTIONS FOR CRAIG | CRAIG APRIL 4 ANSWERS & IMAGE / PICTURE NUMBERS | BOB'S COMMENTS ABOUT VALUES AND HIS APPROACH TO VALUE | BOB'S POST VISIT AUCTION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JOHN DEERE | 9610 | H09610S992H | 1200 | 2000 | | 001 | 001 | 001 | $40,000 | #1 INSPECTED | | | | 001 | COUNTY ROUTE 12 | JOHN DEERE EQUIPMENT | JOHN DEERE | 9610 | H09610S992H | 1200 | 2000 | | | | | | $77,000 |
| 002 | JOHN DEERE | 9400 | RWS9400H142D | 3750 | 1997 | | 002 | 002 | 002 | $25,000 | #2 INSPECTED | 3 | | | 002 | COUNTY ROUTE 9 | JOHN DEERE EQUIPMENT | JOHN DEERE | 9400 | RWS9400H142D | 5347 | 1997 | | | | | VALUE IS COST APPROACH | $62,000 |
| 003 | JOHN DEERE | 4940 | RWS4940H1762 | 2600 | 1997 | | 003 | 003 | 003 | $20,000 | #3 INSPECTED | 3 | | | 003 | COUNTY ROUTE 12 | JOHN DEERE EQUIPMENT | JOHN DEERE | 4940 | RWS4940H1762 | 2609 | 1997 | | | | | | $18,000 |
| 004 | JOHN DEERE | 4440 | | | 2000 | CORN HEAD | 004 | 004 | 004 | $17,000 | #4 INSPECTED, UNIT SHOWS SOME RUST ON SITE | 3 | | | 004 | COUNTY ROUTE 12 | JOHN DEERE EQUIPMENT | JOHN DEERE | 4440 | | 5466 | 2000 | | | | | VALUE IS COST APPROACH | $12,000 |
| 005 | JOHN DEERE | 890 | H09DFW0306 | | 2000 | WHEAT HEAD | 005 | 005 | 005 | $15,000 | #5 INSPECTED | 3 | | | 005 | COUNTY ROUTE 12 | JOHN DEERE EQUIPMENT | JOHN DEERE | 890 | H09DFW0306 | | 2000 | | | | | | $11,000 |
| 006 | ZIMMATIC | | L99010 | | 2007 | SPRINKLER | 006 | 006 | 006 | $40,000 | #6 INSPECTED | 3 | KNOSHOP STATES THE FIELD BOSS IS A SIX OPTION, THE LARGE WHEELS ARE AN OPTION ALSO | | 006 | COUNTY ROUTE 9 | JOHN DEERE EQUIPMENT | ZIMMATIC | | L99010 | | 2007 | | | | | | $40,000 |
| 007 | | | | | | | 007 | 007 | 007 | | | | | | 007 | | JOHN DEERE EQUIPMENT | | | | | | | | | | | $252,500 |

The page is a sideways-oriented spreadsheet/table titled "EQUIPMENT LIST as reproduced by LOEB EQUIPMENT AND APPRAISAL COMPANY" containing equipment inventory data with columns including Original Order Number, MFG, Model Number, Serial Number, Hours, Year Built, Machine Description, various working order numbers, Kroisko's Estimated Value, Bob's Directions to Jim F Comments for Inspection/Appraisal, Jim F Comment on Condition, Results of Research, April 4 Working Order, Equipment Location During Inspection, Original PDF Document, and additional detail columns.

Sample visible entries include:
- Komatsu WA250 (2008) — Loader with pallet forks, 2.5 bucket and hay grapple
- Knight 4800 (2008) — Spreader
- John Deere 7820 (2008) — Swather
- John Deere 997 (2004) — MFD
- (1994) — Round Baler
- — Motor Grader
- Tractor — 7800 / RW8280P340
- Skid Loader — XC8 / C4T0430
- Excavator — 5N02005470423X
- Paddle Scraper 475 — International
- Cultivator 6000 — Hiniker

Grand totals shown: $912,000 (three lists); $440,000 (two lists).

Page numbers: PAGE 2 OF 3

EQUIPMENT LIST
as appraised by
LOEB EQUIPMENT AND APPRAISAL COMPANY

| ORIGINAL ORDER from original data | MFG - PRE INSPECTION INFO | MODEL NUMBER - PRE INSPECTION INFO | SERIAL NUMBER - PRE INSPECTION INFO | HOURS - PRE INSPECTION INFO | YEAR BUILT - PRE INSPECTION INFO | MACHINE DESCRIPTION - PRE INSPECTION INFO | CURRENT WORKING ORDER - PRE INSPECTION | MARCH 26 ORDER | APRIL 2 WORKING ORDER | KNOWN/BID'S ESTIMATED VALUE | BOB'S DIRECTIONS TO JIM F. COMMENTS FOR INSPECTION | JIM F COMMENTS THROUGHOUT APPRAISAL | JIM F COMMENT 1=POOR, 3=CONDITIONAL, 5=EXCELLENT | RESULTS OF RESEARCH | APRIL 4 WORKING ORDER | EQUIPMENT LOCATION DURING INSPECTION | ORIGINAL 1031 DOCUMENT | MFG | MODEL NUMBER | SERIAL NUMBER | HOURS | YEAR BUILT | MACHINE DESCRIPTION | APPRAISAL COMMENTS CONDITION OF EQUIPMENT | DETAIL IMAGE # PHOTOS REQUIRED | APRIL 4 QUESTIONS FOR CRAIG | CRAIG APRIL 4 ANSWERS & IMAGE / PICTURE NUMBERS | BOB'S COMMENTS ABOUT VALUES AND HIS APPROACH TO VALUE | BOB'S POST WRIT AUCTION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 012 | KOMATSU | WA320 | WA320H20631 | | | LOADER | 013 | 013 | 022 | $75,000 | hours, cab if air conditioned, tire size, two attachments | | | | 023 | FARM SERVICE AGENCY EQUIPMENT | KOMATSU | WA320 | WA320H20631 | | | DIESEL, 4 x 4 ARTICULATED LOADER, CAB, HEATER, 2 1/2 CU YD STANDARD BUCKET, STD HYD, CONTROLS, FWD/REV POWERSHIFT TRANSMISSION, ENCLOSED WET DISK BRAKES, 20.5R25 TIRES, LIGHTS, REAR WEIGHTS, INCLUDES ALL SERIAL NUMBER PLATES | | PLEASE PROVIDE BUCKET SIZE, PLEASE CHECK ANY ATTACHMENTS, SEVERAL PHOTOS | 2YD BUCKET, AC CAB, 20.5 TIRES 90%/95%, NO HYD PUMP, STD CONTROL, LOCK SCALE, R CONTROL | VALUE IS COST APPROACH |
| 013 | BRILLION | | 643 | | | 24FT MULCHER | 014 | 014 | 023 | $15,000 | photos | | | | 024 | FARM SERVICE AGENCY EQUIPMENT | BRILLION | ML3FIRES | 643 | | | 24FT CHISEL KNIFE FLAT FOLD PRIMARY MULCHER, DUAL ROW CHISELS, GANG ROLLERS, 2-1/2" TINE SHAFTS, MOUNTED TO TRAIL MULCHER | | | NOTCHED, 32 TEETH | |
| 014 | JOHN DEERE | | 007 | | | 6 ROW CORN HEAD | 015 | 015 | 024 | $12,000 | check and ask how the undercarriage is also photos of the undercarriage | | | | 025 | FARM SERVICE AGENCY EQUIPMENT | JOHN DEERE | | 007 | | | 6 ROW CORN HEAD, 30" ROW, FITS JOHN DEERE SP COMB, DIV POINTS, PINCH ROLLS, AUGER W/PICKUP FINGERS, HYD DECK PLATES, SP, OVERALL LOCATION 10 TEETH | | PLEASE PROVIDE BLADE SIZE, TRACK SHOE WIDTH, PLEASE CHECK UNDERCARRIAGE IF YOU CAN | NOTCHED, 32 TEETH | |
| 015 | INTERNATIONAL | TD15 CAT | 7GRA238777R00671 | | 1996 | GRAIN TRAILER | 016 | 016 | 025 | $14,000 | tire size, type of rear unload or bottom working floor | | | | 026 | FARM SERVICE AGENCY EQUIPMENT | INTERNATIONAL | TD15 CAT | 7GRA238777R00671 | | 1996 | TANDEM AXLE STEEL GRAIN TRAILER, 40FT LONG, ALUMINUM GRAIN TRAILER, HOPPER TYPE, 70-80% OF RUBBER, SIDE DUMP, SIDE REAR DOOR | | PLEASE PROVIDE MODEL, LENGTH, BUSHEL CAPACITY. IF ALUMINUM ALSO PLEASE PROVIDE TRAILER NUMBER SIDE THE VAN SERIAL PHOTOS | SIDE DOOR TRAP, 1100 BUSHEL | |
| 016 | JETCO | | | 3700 | | GRAIN TRAILER | 017 | 017 | 026 | $14,000 | photos | | | | 027 | FARM SERVICE AGENCY EQUIPMENT | JETCO | TD15 CAT | | 3700 | | TANDEM CAPACITY, TANDEM AXLE GRAIN TRAILER, BOTTOM DUMP, SIDE TRAP DOOR | | PLEASE PROVIDE MODEL NUMBER AND SERIAL NUMBER | | |
| 017 | JOHN DEERE | | | | | 24FT SWIM HEAD | 018 | 018 | 027 | $4,000 | photos | | | | 028 | FARM SERVICE AGENCY EQUIPMENT | JOHN DEERE | | | | | 24FT TWINE HEADER STEEL BEAN HEAD W/ SP COMB | | PLEASE PROVIDE MODEL AND SERIAL NUMBER AND SEVERAL PHOTOS | 21 0 SOAD BEAN PICKUPS | |
| | FARM SERVICE AGENCY EQUIPMENT LIST TOTAL VALUES | | | | | | 019 | 019 | 020 | $150,000 | | | | | 029 | FARM SERVICE AGENCY EQUIPMENT | | | | | | | APPRAISAL COMMENTS CONDITION OF EQUIPMENT HOUSING IN GENERAL OPERATES A LARGE 10,000 ACRE FARM IN THE CENTRAL PLAINS OF COLORADO. IT HOURS OF COLORADO. IT STORED THESE ARE ALL KEPT THROUGH THE ELEMENTS, ARE STORED OUTSIDE AND SUBJECT TO THE ELEMENTS. THE EQUIPMENT, INSPECTION THIS REPORT, APPEARS TO BE IN GOOD WORKING CONDITION AND MAINTENANCE, BUT THE FOLLOWING STANDARDS ARE NOT NEW STANDARDS OR BETTER. IT WOULD BE SALABLE IN TODAY'S MARKETPLACE | I AM SERVICE AGENCY EQUIPMENT LIST TOTAL VALUES | | | |
| | | | | | | | | | | | | | | | 016 | | | | | | | | | | | | | |