# Colorado UCC Financing Statement - New Filing

Printed On: 05/23/2006 11:48:50 MDT
County: 99-Secretary_of_State
Reception Number: 2006F050312
Filed: 05/23/2006 11:47:13 MDT

## Filing Information
UCC Lien

**Debtor #1: KROSKOB CRAIG D. MR.**
SSN/FED:
Mailing Address: 11491 ROAD 12
Mailing Address 2:
City,State,Zip: FORT MORGAN CO 80701

**Debtor #2: KROSKOB LISA D.**
SSN/FED:
Mailing Address: 11491 ROAD 12
Mailing Address 2:
City,State,Zip: FORT MORGAN CO 80701

**Secured Party #1: GSL OF ILL, LLC**
Mailing Address: 4131 SOUTH STATE STREET
Mailing Address 2:
City,State,Zip: CHICAGO IL 60609

**UCC Collateral #1: General Description**
Description: ALL OF THE DEBTOR'S PRESENT AND/OR FUTURE ASSETS INCLUDING ANY AND ALL RIGHTS, TITLE AND INTEREST IN OR TO ANY AND ALL OF THE FOLLOWING COLLATERAL BUT, NOT LIMITED TO: A) ALL ACCOUNTS RECEIVABLES AND PROCEEDS THEREOF, ALL CHATTEL PAPER, DOCUMENTS, CONTRACT RIGHTS, BOOKS, RECORDS, PURCHASE ORDERS AND ALL BOOKS AND RECORDS RELATING TO THE FOREGOING: B) ALL INVENTORY OF ANY KIND OR NATURE AT ANY LOCATION, ALL GOODS, AND PROCEEDS THEREOF: C) ALL EQUIPMENT, MACHINERY, TOOLING, FURNITURE AND FIXTURES, TOOLS AND ALL PROCEEDS FROM THE FOREGOING: D) ANY AND ALL INSURANCE PROCEEEDS, REFUNDS OF ANY KIND JUDGEMENT PROCEEDS, AWARDS: E) ANY AND ALL ASSETS NOT DETALED ABOVE TANGIBLE OR INTANGIBLE; ALL PROCEEDS RELATING TO THE FOREGOING AND ANY AND ALL RIGHTS, TITLE AND INTEREST IN THE FOREGOING PROPERTY AND COLLATERAL.

**Optional Filer Reference Data**
[19687883]

EXHIBIT 8