```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX036798
Cashier ID: sq
Transaction Date: 04/07/2011
Payer Name: RICHARD LIPUMA
-----------------------------------
CIVIL FILING FEE
 For: RICHARD LIPUMA
 Amount:        $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

11-CV-939


A fee of $45.00 will be assessed on
any returned check.
```