**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **GSL of ILL, LLC** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No. 2011 CV 00939-WYD-KMT** |
| | ) |
| **CRAIG D. KROSKOB; LISA D. KROSKOB; KROSKOB FARMS, LLC; FREUND INVESTMENTS, LLC; DICK WOLFE AS STATE ENGINEER, COLORADO; DAVID NETTLES AS DIVISION 1 WATER ENGINEER; CAP FINANCIAL CV2, LLC; ROBERT A. SAGEL AS PUBLIC TRUSTEE OF MORGAN COUNTY, COLORADO,** | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S DISCLOSURE STATEMENT AND**
**NOTICE OF RELATED CASES**

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, pursuant to D.C.Colo.LCivR 7.4 and 7.5, states:

### DISCLOSURE STATEMENT

GSL does not have a parent entity and no publicly held entity owns ten percent or more of GSL's stock or membership interest.

### NOTICE OF RELATED CASES

GSL is not aware of any cases pending in this or any other federal, state or foreign jurisdiction that reasonably may be related to this case.

1

Dated: April 8, 2011.

                                              Respectfully submitted,

*LiPuma Law Associates, llc*

*/s/ Richard T. LiPuma*
_____
Richard T. LiPuma, #17892
Attorney for Petitioner
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile