# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 11CV00939WYDKMT

Plaintiff:
**GSL of ILL, LLC**

vs.

Defendants:
**Craig Kroskob;Lisa Kroskob; Kroskob Farms, LLC; Freund Investments, LLC; Dick Wolfe As State Engineer, Colorado; David Nettles As Division 1 Water Engineer; CAP Financial CV2, LLC; Robert A Sagel As Public Trustee Of Morgan County, Colorado**

For:
LiPuma Law Associates, LLC
1635 Foxtrail Drive
Loveland, CO 80538

Received by Front Range Legal Process Service, Inc. to be served on **Lisa D Kroskob, 11491 County Road 12, Fort Morgan, CO 80701**.

I, Kevin Oswald, being duly sworn, depose and say that on the **12th day of April, 2011** at **3:37 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons & Complaint with the date and the hour of service endorsed thereon by me** to: **Craig Kroskob** as **Spouse** at the address of: **11491 County Road 12, Fort Morgan, CO 80701**, the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 13th day of April, 2011 by the affiant who is personally known to me.

_____
Notary public

[Notary stamp: JULIA BARELA, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires: 07/18/2013]

_____
Kevin Oswald

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2011002866

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g