IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>**CRAIG D. KROSKOB; LISA D. KROSKOB;** )<br>**KROSKOB FARMS, LLC; FREUND** )<br>**INVESTMENTS, LLC; DICK WOLFE** )<br>**AS STATE ENGINEER, COLORADO;** )<br>**DAVID NETTLES AS DIVISION 1** )<br>**WATER ENGINEER; CAP FINANCIAL** )<br>**CV2, LLC; ROBERT A. SAGEL AS** )<br>**PUBLIC TRUSTEE OF MORGAN** )<br>**COUNTY, COLORADO,** )<br>)<br>   Defendants. ) | **Case No. 2011 CV 00939-WYD-KMT** |

## NOTICE OF LIS PENDENS

NOTICE is given that a civil action has been commenced against the above named Defendants and is pending in the United State District Court for the District of Colorado in which GSL of ILL, LLC has asserted a claim of judicial foreclosure, replevin and title interest to certain real property which claim affects the following described real property situated in Fort Morgan, County of Morgan, State of Colorado, namely:

The E 1/2 NW 1/4 of Section 17, Township 3 North, Range 58 West of the 6th P.M., Morgan County, Colorado, EXCEPT that portion dedicated as a County Road, more particularly described as follows: A parcel of land in the E1/2 of Section 17, Township 3 North, Range 58 West of the 6th P.M., Morgan County, Colorado described as commencing at a point on the South right of way line of County Road Q, 30.0 feet South and 190.0 feet West of the Northeast corner of said # ½ NW 1/4; thence N89°52'18"W 30.0 feet South of and parallel to the North line of said E ½ NW 1/4 along said County Road Q right of way line, 1143.2 feet, more or less to a point on the West line of said E ½ NW 1/4; thence South along said line 10.0 feet; thence S89°52'18" 40.0 feet South of and parallel to said North line of E ½ NW 1/4, 1143.2 feet, more or less; thence Northerly 10.0 feet to the point of beginning, AND EXCEPT that parcel of land conveyed to Nathan G. Midcap and Jolynn E. Midcap recorded in Book 1175 at page 958.

1

TOGETHER with a 30 foot easement for ingress and egress running along the East line of a parcel of land in the NE 1/4 NW 1/4 of Section 17, Township 3 North, Range 58 West of the 6th P.M., as reserved in deed recorded in Book 1175 at page 958, and as shown on exemption survey pint recorded in Book 1175 at pages 214 and 215.

Also known by street and number as 11491 County Rd. 12, Fort Morgan, Colorado 80701.

For further particulars, you are referred to the complaint on file in the above action. This notice is filed and recorded in accordance with C.R.S. § 38-35-110.

Dated: April 21, 2011

*LiPuma Law Associates, llc*

/s/ Richard LiPuma

_____
Richard LiPuma
Attorney for Plaintiff

2