2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2011, a true and correct copy of the foregoing was filed and served by CM/ECF to the following:

Richard T. LiPuma
1635 Foxtail Drive
Loveland, CO 80538

                                    /s/ Barbara R. Henry