**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 11-cv-00939-WYD-KMT

GSL of ILL, LLC

    Plaintiff,

v.

CRAIG D. KROSKOB, ET AL.

    Defendants.

## ENTRY OF APPEARANCE

Ross W. Pulkrabek and Lucas T. Ritchie, both of Jones & Keller, P.C., enter their appearances on behalf of Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC.

DATED:  May 3, 2011

/s/ Ross W. Pulkrabek
Ross W. Pulkrabek

/s/ Lucas T. Ritchie
Lucas T. Ritchie

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone No.: (303) 573-1600
Facsimile No.: (303) 573-8133
Email:  rpulkrabek@joneskeller.com
        lritchie@joneskeller.com

*Attorneys for Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2011, a true and correct copy of the foregoing was filed and served by CM/ECF to the following:

Richard T. LiPuma
1635 Foxtail Drive
Loveland, CO 80538

                                             /s/ Barbara R. Henry