IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00939-WYD-KMT

GSL of ILL, LLC

    Plaintiff,

v.

CRAIG D. KROSKOB, ET AL.

    Defendants.

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

    Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC (collectively "Kroskobs") move pursuant to Fed.R.Civ.P. 6(b) for an enlargement of time of ten days, through and including May 13, 2011, to answer or otherwise respond to the allegations in Plaintiff's Verified Complaint for Breach of Contract, Judicial Foreclosure and Replevin [Doc. #1]. As grounds, the Kroskobs state as follows:

    1.    Counsel for the parties have conferred, and Plaintiff does not oppose the ten-day enlargement of time requested herein. Parties may stipulate in writing to an enlargement up to 21 days to respond to a complaint. D.C.COLO.LCivR 6.1A. Here, Plaintiff's counsel confirmed by voice message that Plaintiff does not oppose a ten-day enlargement, but undersigned counsel was unable to reach Plaintiff's counsel to prepare a written stipulation to file with the Court and therefore is filing this motion.

2.	Plaintiff served process on the Kroskobs on April 12, 2011, making their response to the Complaint due on May 3, 2011.

3.	The Kroskobs recently retained undersigned counsel to represent it in this case.  As shown by the Complaint, the Kroskobs are famers, and the case involves a number of complicated loan transactions between Plaintiff and the Kroskobs.  Plaintiff alleges it is owed more than $970,000, and it seeks to foreclose on the Kroskobs' land and equipment.  Undersigned counsel needs additional time to analyze the allegations and claims set forth in Plaintiff's relatively lengthy Complaint, as well as the substantial exhibits thereto, and to confer with the Kroskobs about defenses and potential counterclaims.

4.	The Kroskobs have not sought any previous extensions of time to respond to the Complaint.  The requested ten-day enlargement of time is brief and will not delay the administration of this case or prejudice any party.

5.	A copy of this motion and proposed order will be served on the Kroskobs, as shown in the attached certificate of service.

6.	The Court is authorized to grant the relief requested pursuant to Fed.R.Civ.P. 6(b).

7.	A proposed order is submitted herewith.

WHEREFORE, Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC respectfully request that the Court enter an order enlarging their deadline to respond to Plaintiff's Verified Complaint for Breach of Contract, Judicial Foreclosure and Replevin.

DATED:  May 3, 2011

/s/ Ross W. Pulkrabek
Ross W. Pulkrabek
Lucas T. Ritchie
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone No.: (303) 573-1600
Facsimile No.: (303) 573-8133
Email:  rpulkrabek@joneskeller.com
lritchie@joneskeller.com

*Attorneys for Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, a true and correct copy of the foregoing was filed and served by CM/ECF to the following:

Richard T. LiPuma
1635 Foxtail Drive
Loveland, CO 80538

and by United States Mail, postage prepaid, addressed to the following:

Craig D. Kroskob
Lisa D. Kroskob
Kroskob Farms, LLC
11491 CR 12
Fort Morgan, CO 80701

/s/ Barbara R. Henry