IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00939-WYD-KMT

GSL of ILL, LLC

    Plaintiff,

v.

CRAIG D. KROSKOB, ET AL.

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

---

    This matter comes before the Court on Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC's Unopposed Motion for Enlargement of Time to Respond to Complaint. Having reviewed the motion and file, and being otherwise informed as to the premises, the Court grants the motion and orders that the time for Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC to respond to Plaintiff's Verified Complaint for Breach of Contract, Judicial Foreclosure and Replevin [Doc. #1] is enlarged by a period of ten days, through and including May 13, 2011.

    DATED: _____

                                            BY THE COURT:

                                       _____
                                       UNITED STATES DISTRICT COURT JUDGE