*Rules and Decisions*

---

Recently Filed Disciplinary Decisions and Complaints | Rules Governing Lawyers and Judges | Disciplinary Reports and Decisions | Search Help and Collection Scope | Home

**DECISION FROM DISCIPLINARY REPORTS AND DECISIONS SEARCH**

**M.R. 17478 - In re: Norman Stuart Lynn (May 25, 2001)**

Disciplinary Commission.

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Norman Stuart Lynn is suspended from the practice of law for eighteen (18) months.

Respondent Norman Stuart Lynn shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

Order entered by the Court.

# APPENDIX B