# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2011 CV 00939-WYD-KMT** |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

NOTICE TO:   Craig D. Kroskob;
             Lisa Kroskob:
             Kroskob Farms, LLC

THIS ORDER TO SHOW CAUSE is being issued in accordance with the procedures set forth in Colo. R. Civ. P. 104, and is based on plaintiff GSL of ILL, LLC's (GSL's) Verified Complaint for Breach of Contract, Judicial Foreclosure and Replevin, and GSL's Unopposed Motion for Entry of Order to Show Cause.  By agreement of the parties at the Scheduling Conference held on July 19, 2011, GSL has waived the requirement that a hearing be held within ten days after issuance of this Order to Show Cause, and defendant's Craig and Lisa Kroskob and Kroskob Farms, LLC (collectively the "Kroskobs") have waived personal service of this Order to Show Cause.

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Kroskobs shall show cause, if any, why the personal property described in the complaint should not be taken from the defendants and delivered into the possession of the plaintiff.

1

IT IS FURTHER ORDERED that the hearing on this matter shall be held on _____, 2011, at _____ \_\_.m., in the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, Courtroom A1002.

IT IS FURTHER ORDERED THAT PENDING HEARING ON THIS MATTER, the Defendants shall not sell, use or dispose of any of the property described in the Complaint, except to return the property to the Plaintiff.

DEFENDANTS ARE HEREBY ADVISED THAT:

You may file affidavits on your behalf with the Court and you may appear and present testimony on your behalf at the time of the hearing, or

At or prior to the hearing, you may file with the Court a written undertaking to stay the delivery of the property, in accordance with the provisions of Colo. R. Civ. P. 104(j).

If you fail to appear at the hearing on this Order to Show Cause, or fail to file an undertaking, the Plaintiff may apply to the Court for an Order requiring the Sheriff to take immediate possession of the personal property described in the Complaint and deliver such property to the Plaintiff.

IT IS FURTHER ORDERED THAT service of this Order by the Court through the CM/ECF system shall constitute sufficient notice to the Defendants.

Dated this \_\_\_\_ day of July, 2011.

BY THE COURT:

_____
WILEY Y. DANIEL,
 CHIEF UNITED STATES DISTRICT JUDGE