IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No. 11-cv-00939-WYD -KMT** | FTR - Courtroom C-201 |
| **Date:  July 19, 2011** | Deputy Clerk, Emily Seamon |
| GSL OF ILL, LLC, | Richard LiPuma |
|      Plaintiff, | |
| v. | |
| CRAIG D. KROSKOB, | Ross Pulkrabek |
| LISA D. KROSKOB, | Aaron Goldhamer |
| KROSKOB FARMS, LLC, | |
| FREUND INVESTMENTS, LLC, | |
| DICK WOLFE, as State Engineer, Colorado, | |
| DAVID NETTLES, as Division 1 Water Engineer, | |
| CAP FINANCIAL CV2, LLC, and | |
| ROBERT A. SAGEL, as Public Trustee of | |
| Morgan County, Colorado, | |
|      Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session:  10:02 a.m.**
Court calls the case. Appearances of counsel.

[**XX**]   Scheduling Order entered (as amended).

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
| | |
|---|---|
| Joinder of Parties/Amendment to Pleadings: | **October 1, 2011** |
| Discovery Cut-off: | **March 1, 2012** |
| Dispositive Motions Deadline: | **March 31, 2012** |
| Disclosure of Affirmative Experts: | **January 6, 2012** |
| Disclosure of Rebuttal Experts: | **February 6, 2012** |

Written Discovery shall be served no later than 33 days prior to discovery cut-off.

Each side shall be limited to 25 interrogatories, requests for admission, and requests for documents.
Each side shall be limited to 10 depositions, including experts.

**SETTLEMENT CONFERENCE** set for: **September 29, 2011 at 1:30 p.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Confidential Settlement Statements are due: **September 22, 2011**

The Court will issue a separate minute order concerning settlement.

**FINAL PRETRIAL CONFERENCE** set for: **June 5, 2012 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference will be set by Chief Judge Daniel.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Discussion between the Court and counsel regarding personal property and equipment. Plaintiff shall file a Motion for Order to Show Cause.

**Court in recess:** **10:17 a.m.**
Total In-Court Time:   00:15
Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.