IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2011 CV 00939-WYD-KMT |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF ERROR REGARDING
### UNOPPOSED MOTION FOR ENTRY OF ORDER TO SHOW CAUSE

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, hereby notifies the Court as follows:

1. GSL filed a Motion for Entry of Order to Show Cause on July 20, 2011 (Doc. 18), and designated the motion as "Unopposed."

2. GSL believed the motion was unopposed because: (a) the parties discussed entry of an order to show cause and setting a show cause hearing in Rule 26(f) conferences, and no objections were raised; (b) the parties added a provision about setting the show cause hearing in the proposed scheduling order, without objection by Defendants; (c) the parties discussed the

1

issue with Magistrate Tafoya at the scheduling conference on July 19, 2011, and indicated that they requested entry of a show cause order and setting of a show cause hearing, and no objection was stated; (d) the parties actually agreed on the record during the scheduling conference to modify the show cause procedures in that GSL waived the ten-day hearing requirement and Defendants waived personal service of the anticipated Order to Show Cause; (e) Magistrate Tafoya suggested that the parties file a motion for entry of the anticipated Order to Show Cause, even though such orders normally are entered *sua sponte* upon submission of a verified complaint in State court actions–again, Defendants indicated no objection to this procedure; and (f) the final Scheduling Order (Doc. 20), § 11, acknowledges that GSL has requested entry of an Order to Show Cause, and "[a] hearing should be scheduled at the Court's earliest opportunity."

      3.     GSL further believed the motion was unopposed because Colo. R. Civ. P. 104(c) requires entry of an order to show cause upon the submission of a verified complaint containing allegations supporting replevin.  Objections are not permitted as a matter of law.  Instead, Defendants are required to "show cause" at a hearing why the disputed property should not be delivered to the plaintiff.

      4.     Nevertheless, after GSL filed its Motion, the undersigned received a voice mail message from Defendant's counsel, stating that the Motion should not have been designated as "unopposed," and that an objection would be filed.  No basis for such objection was stated.

      WHEREFORE, GSL respectfully notifies the Court that the Motion is not "unopposed," and the Defendants will file a response objecting to entry of an Order to Show Cause.

Dated July 21, 2011.

                        Respectfully submitted,

                        *LiPuma Law Associates, llc*

                        */s/ Richard LiPuma*

                        _____
                        Richard LiPuma, #17892
                        Attorney for Plaintiff, GSL of ILL, LLC
                        1635 Foxtrail Drive
                        Loveland, CO 80538
                        rich@rlipuma.com
                        (970) 776-3292 - Telephone
                        (970) 776-3301 - Facsimile

                                **Certificate of Service**

      I certify that the foregoing **Notice of Error Regarding Unopposed Motion for Entry of order to Show Cause** was duly served on July 21, 2011, via CM/ECF or United States Mail, on the following:

        Ross W. Pulkrabek
        JONES & KELLER, P.C.
        1999 Broadway, Suite 3150
        Denver, Colorado 80202

                        */s/ Richard LiPuma*
                        _____
                        Richard LiPuma