IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00939-WYD-KMT

GSL OF ILL, LLC,

      Plaintiff,

v.

CRAIG D. KROSKOB;
LISA D. KROSKOB;
KROSKOB FARMS, LLC;
FREUND INVESTMENTS, LLC;
DICK WOLFE AS STATE ENGINEER, COLORADO;
DAVID NETTLES AS DIVISION 1 WATER ENGINEER;
CAP FINANCIAL CB2, LLC; and
ROBERT A. SAGEL AS PUBLIC TRUSTEE OF MORGAN COUNTY, COLORADO,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Motion for Entry of Order to Show Cause (ECF No. 18), filed July 20, 2011, is **DENIED WITHOUT PREJUDICE.**  Because this motion is not "unopposed" (ECF No. 22), it is denied without prejudice to refile correctly.

      Dated:  July 21, 2011.