IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00939-WYD-KMT

GSL OF ILL, LLC,

    Plaintiff,

v.

CRAIG D. KROSKOB;
LISA D. KROSKOB;
KROSKOB FARMS, LLC;
FREUND INVESTMENTS, LLC;
DICK WOLFE AS STATE ENGINEER, COLORADO;
DAVID NETTLES AS DIVISION 1 WATER ENGINEER;
CAP FINANCIAL CB2, LLC; and
ROBERT A. SAGEL AS PUBLIC TRUSTEE OF MORGAN COUNTY, COLORADO,

    Defendants.

## SPECIAL ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

THIS MATTER comes before the Court upon review of the file.  After carefully reviewing the Motion for Entry of Order to Show Cause (ECF No. 24), I find that it should be referred to Magistrate Judge Tafoya pursuant to D.C.COLO.LCivR 72.2, Fed. R. Civ. P. 72(b), and 28 U.S.C. § 636.  Magistrate Judge Tafoya will comply with the procedures set forth in Colo. R. Civ. P. 104, including holding any necessary hearings, in making her ruling.

Accordingly, it is

ORDERED that the Motion for Entry of Order to Show Cause (ECF No. 24) is referred to Magistrate Judge Tafoya pursuant to D.C.COLO.LCivR 72.2, Fed. R. Civ. P.

72(b), and 28 U.S.C. § 636.

Dated:  August 12, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge