# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00939-WYD-KMT

GSL of ILL, LLC

      Plaintiff,

v.

CRAIG D. KROSKOB, ET AL.

      Defendants.

---

## ENTRY OF APPEARANCE OF AARON D. GOLDHAMER
## ON BEHALF OF DEFENDANTS CRAIG D. KROSKOB,
## LISA D. KROSKOB AND KROSKOB FARMS, LLC

---

      Aaron D. Goldhamer of the firm of Jones & Keller, P.C., hereby enters his appearance on behalf of Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC.

      DATED:  August 25, 2011

                    /s/ *Aaron D. Goldhamer*
                    Ross W. Pulkrabek
                    Lucas T. Ritchie
                    Aaron D. Goldhamer
                    JONES & KELLER, P.C.
                    1999 Broadway, Suite 3150
                    Denver, CO  80202
                    Telephone No.: (303) 573-1600
                    Facsimile No.: (303) 573-8133
                    Email:  rpulkrabek@joneskeller.com
                              lritchie@joneskeller.com
                              agoldhamer@joneskeller.com

                    *Attorneys for Craig D. Kroskob, Lisa D.*
                    *Kroskob, and Kroskob Farms, LLC*

#298686

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following e-mail addresses:

| | | |
|---|---|---|
| ***Attorneys for Plaintiff*** | rich@rlipuma.com | Richard T. LiPuma<br>1635 Foxtail Drive<br>Loveland, CO 80538 |

And I hereby certify that I have mailed or served the document or paper to the following

non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

<div style="margin-left:40%">

*s/   Aaron D. Goldhamer*
Aaron D. Goldhamer
Attorneys for Defendants Craig D. Kroskob, Lisa D.
Kroskob, and Kroskob Farms, LLC
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:        303-573-1600
Fax:                303-573-8133
E-mail:            agoldhamer@joneskeller.com

</div>

#298686