**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2011 CV 00939-WYD-KMT** |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, pursuant to Fed. R. Civ. P. 7(b)(1) and 26(c), D.C.Colo.LCivR 7.1, and pursuant to instructions from Magistrate Kathleen Tafoya at the Scheduling Conference held on July 19, 2011, moves for entry of a protective order as follows:

1. <u>Certificate</u>: Counsel for the parties have discussed the relief requested in this motion, and counsel for the Kroskob defendants has indicated that the motion is not opposed.

2. The parties are producing documents to one another pursuant to Rule 26, and both parties have relevant documents that are confidential and may implicate common law and statutory privacy interests of a party, including financial data and information, sales and marketing data, personnel data, research data, and trade secret information. The parties

desire that all such confidential information shall not be disclosed or used for any purpose except the preparation and trial of this case.

3. Pursuant to the Court's suggestion, the parties have prepared the attached proposed Protective Order in accordance with similar orders used in other cases, and now ask the Court to enter the attached proposed protective order in this action.

WHEREFORE, GSL respectfully requests entry of a Protective Order in the form attached to this unopposed motion.

Dated September 12, 2011.

Respectfully submitted,

*LiPuma Law Associates, llc*

/s/ Richard LiPuma
_____
Richard LiPuma, #17892
Attorney for Plaintiff, GSL of ILL, LLC
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile

### Certificate of Service

I certify that the foregoing **Motion for Entry of Protective Order** was duly served on September 12, 2011, via CM/ECF or United States Mail, on the following:

Ross W. Pulkrabek
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202

/s/ Richard LiPuma
_____
Richard LiPuma