IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CRAIG D. KROSKOB; LISA D. KROSKOB;** )<br>**KROSKOB FARMS, LLC; FREUND** )<br>**INVESTMENTS, LLC; DICK WOLFE** )<br>**AS STATE ENGINEER, COLORADO;** )<br>**DAVID NETTLES AS DIVISION 1** )<br>**WATER ENGINEER; CAP FINANCIAL** )<br>**CV2, LLC; ROBERT A. SAGEL AS** )<br>**PUBLIC TRUSTEE OF MORGAN** )<br>**COUNTY, COLORADO,** )<br>)<br>Defendants. ) | Case No. 2011 CV 00939-WYD-KMT |

**PLANTIFF GSL'S MOTION FOR LEAVE TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE**

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, pursuant to Fed. R. Civ. P. 7(b)(1) and D.C.Colo.LCivR 7.1, respectfully moves for leave to allow their representatives to appear at the confidential settlement conference by telephone as follows:

1. A confidential settlement conference is currently scheduled for September 29, 2011, at 1:30 p.m., before the magistrate judge. The Scheduling Order in this case (Doc. 20) requires the parties to appear in person.

2. GSL is an Illinois limited liability company, and the two representatives with

1

authority to settle this matter, James Newman and Norman Lynn, both reside in Illinois.

     3.    Moreover, both Mr. Newman and Mr. Lynn are Jewish.  Rosh Hashana, an important Jewish holiday, begins at sundown on September 28 and lasts through September 30, 2011.

     4.    Because of family and religious commitments, neither Mr. Newman nor Mr. Lynn could arrange to appear in person at the settlement conference on September 29, 2011.

     5.    Both Mr. Lynn and Mr. Newman are available and wish to participate in the settlement conference by telephone.  Both have committed to be available during the entire period of the conference.  Both have indicated a desire to call in to a court conference call, if conference technology is available.  If not, Mr. Newman can be reached at (773) 251-2269; and Mr. Lynn can be reached at (847) 702-1500.

     6.    No party will be unduly prejudiced by the appearance of GSL's representatives by telephone at the settlement conference.

     7.    The undersigned attorney contacted the attorney for defendants Craig and Lisa Kroskob, and Kroskob Farms, LLC, to discuss whether this motion would be opposed.  At the time this motion was filed, no response had been received.

     WHEREFORE, GSL respectfully requests leave for their representatives to appear by telephone at the confidential settlement conference on September 29, 2011.

Dated: September 21, 2011.

          Respectfully submitted,

          *LiPuma Law Associates, llc*

          */s/ Richard LiPuma*
          _____
          Richard LiPuma, #17892
          Attorney for Plaintiff, GSL of ILL, LLC
          1635 Foxtrail Drive
          Loveland, CO 80538
          rich@rlipuma.com
          (970) 776-3292 - Telephone
          (970) 776-3301 - Facsimile

**Certificate of Service**

I certify that the foregoing **Motion for Leave to Appear at Settlement Conference by Telephone** was duly served on September 21, 2011, via CM/ECF or United States Mail, on the following:

    Ross W. Pulkrabek
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, Colorado 80202

          */s/ Richard LiPuma*
          _____
          Richard LiPuma

3