IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GSL of ILL, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2011 CV 00939-WYD-KMT |
| ) | |
| CRAIG D. KROSKOB; LISA D. KROSKOB; ) | |
| KROSKOB FARMS, LLC; FREUND ) | |
| INVESTMENTS, LLC; DICK WOLFE ) | |
| AS STATE ENGINEER, COLORADO; ) | |
| DAVID NETTLES AS DIVISION 1 ) | |
| WATER ENGINEER; CAP FINANCIAL ) | |
| CV2, LLC; ROBERT A. SAGEL AS ) | |
| PUBLIC TRUSTEE OF MORGAN ) | |
| COUNTY, COLORADO, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE**

THIS MATTER is before the Court on Plaintiff GSL of ILL, LLC's ("GSL's") motion for leave to appear at the confidential settlement conference by telephone. The settlement conference is scheduled for September 29, 2011, at 1:30 pm, before the magistrate judge. The Rosh Hoshana holiday is from September 28-30 this year. Neither representative of the plaintiff can appear in person because of religious and family commitments. Both are available to appear by telephone at the settlement conference. The Court finds that good cause exists to permit appearance by telephone at the settlement conference.

IT IS HEREBY ORDERED that leave is granted for GSL's representatives to appear by telephone at the confidential settlement conference on September 29, 2011.

Dated this _____ day of September, 2011.

BY THE COURT:

_____
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE