## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-00939-WYD-KMT             FTR - Courtroom C-201

**Date:** September 29, 2011                              Deputy Clerk, Nick Richards


GSL OF ILL, LLC,                                         Richard Thomas LiPuma

       Plaintiff,

v.

CRAIG D. KROSKOB;                                        Ross Whiting Pulkrabek
LISA D. KROSKOB;
KROSKOB FARMS, LLC;
FREUND INVESTMENTS, LLC;
DICK WOLFE AS STATE ENGINEER,
COLORADO;
DAVID NETTLES AS DIVISION 1 WATER
ENGINEER;
CAP FINANCIAL CV2, LLC; and
ROBERT A. SAGEL AS PUBLIC TRUSTEE OF
MORGAN COUNTY, COLORADO,

       Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**
Court calls case. Appearances of counsel. Mr. Norman Lynn appears with Mr. LiPuma on behalf of GSL of ILL, LLC. Defendants Craig D. Kroskob and Lisa D. Kroskob appear with Mr. Pulkrabek.

A settlement was reached as to all claims in this matter. The terms of the Settlement were read into the record.

It is **ORDERED**:    The audio recording containing the terms of the settlement is sealed until further order of the court.

                        Dismissal documents will be due on or before October 31, 2011.

Settlement Conference and preparation time involved 5 hours 15 minutes.