IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00939 (WYD-KMT)

GSL of ILL, LLC,

        Plaintiff,

    v.

CRAIG D. KROSKOB; LISA D. KROSKOB;
KROSKOB FARMS, LLC; FREUND
INVESMENTS, LLC; DICK WOLFE
AS STATE ENGINEER, COORADO;
DAVID NETTLES AS DIVISION 1
WATER ENGINEER; CAP FINANCIAL
CV2, LLC; ROBERT A. SAGEL AS
PUBLIC TRUSTEE OF MORGAN
COUNTY, COLORADO,

        Defendants

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT FREUND INVESTMENTS, LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

    Defendant Freund Investments, LLC ("Freund") by its attorneys Campbell Killin Brittan & Ray, LLC and for their Motion for Enlargement of Time for Defendant Freund Investments, LLC to File Its Responsive Pleadings to Plaintiff's Complaint (the "Motion") states as follows:

    1.    Counsel for the Defendant Freund contacted Richard LiPuma, counsel for Plaintiff GSL of Ill, LLC ("GSL") and has been advised by Mr. LiPuma that Plaintiff does not oppose this request for an enlargement of time.

    2.    On September 12, 2011, Defendant Freund was served with Plaintiffs' Complaint for Breach of Contract, Judicial Foreclosure and Replevin (the "Complaint").

3. Defendant Freund's responsive pleading to Plaintiff's Complaint is due on October 3, 2011.

4. Counsel for Defendant Freund has been advised by Mr. LiPuma that the Plaintiff and Defendants Craig D. Kroskob, Lisa D. Kroskob and Kroskob Farms have been actively engaged in settlement discussions and have apparently reached a settlement in this matter. An extension of the deadline for Defendant Freund to file its responsive pleading to the Complaint will facilitate the parties' use of their time, energy and focus towards reaching a final settlement of the pending claims, as opposed to litigation preparation and running up unnecessary costs and attorneys' fees.

5. In light of the strong potential for resolution of the claims asserted in this matter and the likelihood of dismissal of the action, Defendant Freund seeks an enlargement of the time until November 3, 2011 to file its responsive pleading to Plaintiff's Complaint.

6. To the best of Defendant Freund's knowledge, there is no trial date pending in this matter. Therefore, no unjust delay or prejudice will result to the parties if the Court grants this Motion.

7. Defendants submit a proposed Order with this Motion.

WHEREFORE, Defendant Freund requests that this Court grant it until November 3, 2011 to file its responsive pleading to Plaintiff's Complaint and for all such other relief which this Court deems appropriate and just.

Respectfully submitted this 3rd day of October 2011.

CAMPBELL KILLIN BRITTAN & RAY, LLC

By: *s/ William C. Brittan*
William C. Brittan, #17643

Attorney for Defendant
Freund Investments, LLC
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206
Phone: 303-322-3400
Fax:    303-322-5800
bbrittan@ckbrlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT FREUND INVESTMENTS, LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** was electronically filed and served via LexisNexis and/or deposited in the United States mail, postage prepaid, addressed as follows:

Richard T. Li Puma
LiPuma Law Associates, LLC
1635 Foxtail Drive
Loveland, CO 80538

*s/ Andrea Davis*
Andrea Davis, Legal Assistant