IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00939 (WYD-KMT)

GSL of ILL, LLC,

        Plaintiff,

    v.

CRAIG D. KROSKOB; LISA D. KROSKOB;
KROSKOB FARMS, LLC; FREUND
INVESMENTS, LLC; DICK WOLFE
AS STATE ENGINEER, COORADO;
DAVID NETTLES AS DIVISION 1
WATER ENGINEER; CAP FINANCIAL
CV2, LLC; ROBERT A. SAGEL AS
PUBLIC TRUSTEE OF MORGAN
COUNTY, COLORADO,

        Defendants

---

**[Proposed] ORDER RE UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT FREUND INVESTMENTS, LLC TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

---

The Court, having reviewed the Unopposed Motion for Enlargement of Time for Defendant Freund Investments, LLC to File Its Responsive Pleadings to Plaintiff's Complaint (the "Motion"), and being otherwise fully advised in the premises hereby GRANTS the Motion. The responsive pleadings of Freund Investments, LLC to Plaintiff's Complaint for Breach of Contract, Judicial Foreclosure and Replevin is now due on or before November 3, 2011.

DATED: _____        BY THE COURT:

                                                        _____
                                                        United States District Judge