IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00939 (WYD-KMT)

GSL of ILL, LLC,

        Plaintiff,

    v.

CRAIG D. KROSKOB; LISA D. KROSKOB;
KROSKOB FARMS, LLC; FREUND
INVESMENTS, LLC; DICK WOLFE
AS STATE ENGINEER, COORADO;
DAVID NETTLES AS DIVISION 1
WATER ENGINEER; CAP FINANCIAL
CV2, LLC; ROBERT A. SAGEL AS
PUBLIC TRUSTEE OF MORGAN
COUNTY, COLORADO,

        Defendants.

---

### DEFENDANT FREUND INVESTMENTS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

---

Defendant Freund Investments, LLC ("Freund" or "Defendant") by its attorneys Campbell Killin Brittan & Ray, LLC and for its Answer to the Complaint filed by GSL of ILL, LLC ("GSL" or "Plaintiff") states as follows:

### I. VENUE AND JURISDICTION

1.    Defendant lacks sufficient information to admit the allegations of paragraphs 1, and therefore denies the same.

2.    Defendant lacks sufficient information to admit the allegations of paragraphs 2, and therefore denies the same.

3. Defendant lacks sufficient information to admit the allegations of paragraphs 3 and therefore denies the same.

4. Defendant lacks sufficient information to admit the allegations of paragraphs 4 and therefore denies the same.

5. Defendant admits that it is a Colorado limited liability company in good standing with its principal office located at 15460 E. Batavia Dr., Aurora, CO 80011.

6. Defendant admits the allegations of Paragraph 6.

7. Defendant admits the allegations of paragraph 7.

8. Defendant lacks sufficient information to admit the allegations of paragraphs 8 and therefore denies the same.

9. Defendant admits the allegations of paragraph 9.

10. Paragraph 10 alleges legal conclusions to which no response is required. To the extent a response is required by Freund, the allegations are denied.

## II. GENERAL ALLEGATIONS

11. Defendant lacks sufficient information to admit the allegations of paragraph 11, and therefore denies the same.

12. Defendant lacks sufficient information to admit the allegations of paragraph 12, and therefore denies the same.

13. Defendant lacks sufficient information to admit the allegations of paragraph 13, and therefore denies the same.

14. Defendant lacks sufficient information to admit the allegations of paragraph 14, and therefore denies the same.

15. Defendant lacks sufficient information to admit the allegations of paragraph 15, and therefore denies the same.

16. Defendant lacks sufficient information to admit the allegations of paragraph 16, and therefore denies the same.

17. Defendant lacks sufficient information to admit the allegations of paragraph 17, and therefore denies the same.

18. Defendant lacks sufficient information to admit the allegations of paragraph 18, and therefore denies the same.

19. Defendant lacks sufficient information to admit the allegations of paragraph 19, and therefore denies the same.

20. Defendant lacks sufficient information to admit the allegations of paragraph 20, and therefore denies the same.

21. Defendant lacks sufficient information to admit the allegations of paragraph 21, and therefore denies the same.

22. Defendant lacks sufficient information to admit the allegations of paragraph 22, and therefore denies the same.

23. Defendant lacks sufficient information to admit the allegations of paragraph 23, and therefore denies the same.

24. Defendant lacks sufficient information to admit the allegations of paragraph 24, and therefore denies the same.

25. Defendant lacks sufficient information to admit the allegations of paragraph 25, and therefore denies the same.

26. Defendant lacks sufficient information to admit the allegations of paragraph 26, and therefore denies the same.

27. Defendant lacks sufficient information to admit the allegations of paragraph 27, and therefore denies the same.

28. Defendant lacks sufficient information to admit the allegations of paragraph 28, and therefore denies the same.

29. Defendant lacks sufficient information to admit the allegations of paragraph 29, and therefore denies the same.

30. Defendant lacks sufficient information to admit the allegations of paragraph 30, and therefore denies the same.

31. Defendant lacks sufficient information to admit the allegations of paragraph 31, and therefore denies the same.

32. Defendant lacks sufficient information to admit the allegations of paragraph 32, and therefore denies the same.

33. Defendant lacks sufficient information to admit the allegations of paragraph 33, and therefore denies the same.

34. Defendant lacks sufficient information to admit the allegations of paragraph 34, and therefore denies the same.

35. Defendant lacks sufficient information to admit the allegations of paragraph 35, and therefore denies the same.

36. Defendant lacks sufficient information to admit the allegations of paragraph 36, and therefore denies the same.

37. Defendant lacks sufficient information to admit the allegations of paragraph 37, and therefore denies the same.

38. Defendant lacks sufficient information to admit the allegations of paragraph 38, and therefore denies the same.

39. Paragraph 39 alleges legal conclusions to which no response is required.  To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 39, and therefore denies the same.

40. Paragraph 40 alleges legal conclusions to which no response is required.  To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 40, and therefore denies the same.

41. Defendant lacks sufficient information to admit the allegations of paragraph 41, and therefore denies the same.

42. Defendant lacks sufficient information to admit the allegations of paragraph 42, and therefore denies the same.

43. Defendant admits that it claims an interest in the real property described in the Complaint pursuant to a Deed of Trust dated November 12, 2010 which was properly recorded in Morgan County, Colorado on November 17, 2011 at Reception No. 865281.

44. Defendant admits that it claims an interest in the real property described in the Complaint pursuant to a Quitclaim Deed dated January 28, 2011, which was recorded in Morgan County on February 2, 2011 at Reception No. 866821.

45. Defendant lacks sufficient information to admit the allegations of paragraph 45, and therefore denies the same.

46. Paragraph 46 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 46, and therefore denies the same.

## FIRST CLAIM FOR RELIEF – BREACH OF THE SECOND REVISED DEMAND NOTE AND SECURITY AGREEMENT

47. Freund adopts and restates all prior paragraphs as though fully set forth herein.

48. Freund lacks sufficient information to admit the allegations of paragraph 48, and therefore denies the same.

49. Freund lacks sufficient information to admit the allegations of paragraph 49, and therefore denies the same.

50. Freund lacks sufficient information to admit the allegations of paragraph 50 and therefore denies the same.

51. Freund lacks sufficient information to admit the allegations of paragraph 51, and therefore denies the same.

## SECOND CLAIM FOR RELIEF – BREACH OF LEASE

52. Freund adopts and restates all prior paragraphs as though fully set forth herein.

53. Freund lacks sufficient information to admit the allegations of paragraph 53, and therefore denies the same.

54. Freund lacks sufficient information to admit the allegations of paragraph 54, and therefore denies the same.

55. Freund lacks sufficient information to admit the allegations of paragraph 55 and therefore denies the same.

56. Freund lacks sufficient information to admit the allegations of paragraph 56, and therefore denies the same.

## THIRD CLAIM FOR RELIEF – JUDICIAL FORECLOSURE OF MORTGAGE

57. Freund adopts and restates all prior paragraphs as though fully set forth herein.

58. Freund lacks sufficient information to admit the allegations of paragraph 58, and therefore denies the same.

59. Freund lacks sufficient information to admit the allegations of paragraph 59 and therefore denies the same.

60. Freund denies the allegations of Paragraph 60

61. Paragraph 61 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 61, and therefore denies the same.

## FOURTH CLAIM FOR RELIEF – DECLARATORY JUDGMENT

62. Freund adopts and restates all prior paragraphs as though fully set forth herein.

63. Paragraph 63 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 63, and therefore denies the same.

64. Paragraph 64 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 64, and therefore denies the same.

## FIFTH CLAIM FOR RELIEF – QUIET TITLE

65. Freund adopts and restates all prior paragraphs as though fully set forth herein.

66. Paragraph 66 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 66, and therefore denies the same.

## SIXTH CLAIM FOR RELIEF – REPLEVIN

67. Freund adopts and restates all prior paragraphs as though fully set forth herein.

68. Paragraph 68 alleges legal conclusions to which no response is required. To the extent a response is required by Defendant, Freund lacks sufficient information to admit the allegations of paragraph 68, and therefore denies the same.

69. Freund lacks sufficient information to admit the allegations of paragraph 69, and therefore denies the same.

70. Freund lacks sufficient information to admit the allegations of paragraph 70, and therefore denies the same.

71.  Freund lacks sufficient information to admit the allegations of paragraph 71, and therefore denies the same.

72.  Freund lacks sufficient information to admit the allegations of paragraph 72, and therefore denies the same.

73.  Freund lacks sufficient information to admit the allegations of paragraph 73, and therefore denies the same.

74.  Freund lacks sufficient information to admit the allegations of paragraph 74, and therefore denies the same.

Defendant denies all allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1.  Plaintiff fails to state a claim against Freund upon which relief may be granted.

2.  Plaintiff's claims are barred by a material breach of contract by Plaintiff.

3.  Plaintiff's claims are barred due to Plaintiff's breach of the implied covenant of good faith and fair dealing.

4.  Plaintiff's claims are barred by the doctrines of waiver, estoppel, and unclean hands.

5.  Plaintiff's claims are barred as a result of fraud in the inducement.

6.  Plaintiff's claims are barred by duress.

7.  Plaintiff's Complaint has failed to join necessary parties.

8.  Plaintiff's Complaint is barred by the statute of limitations.

9.  Plaintiff has failed to mitigate its damages, if any.

10.  Plaintiff's claims are barred by lack of consideration, or any such consideration was illegal or contrary to public policy.

Defendant reserves the right to amend its answer and its affirmative defenses as discovery reveals additional affirmative defenses.  To the extent discovery reveals that any affirmative defense asserted is without merit or support in fact, Defendant will drop such

defenses prior to trial. Defendant further reserves the right to assert any cross claims it may have against any named co-defendant.

WHEREFORE, Freund respectfully requests that this Court grant judgment in its favor and against Plaintiff, and that Plaintiff be ordered to pay attorney's fees, expert witness fees, costs and expenses incurred by Freund as may be provided by contract and law, and award Freund any other and further relief as this Court deems just and proper.

Respectfully submitted this 3rd day of November, 2011.

CAMPBELL KILLIN BRITTAN & RAY, LLC

By: s/William C. Brittan
William C. Brittan, #17643
ATTORNEYS FOR DEFENDANT
FREUND INVESTMENTS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2011, a true and correct copy of the foregoing **DEFENDANT FREUND INVESTMENTS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** was electronically filed and served via CM/ECF as follows:

Richard T. Li Puma rich@rlipuma.com

Ross Whiting Pulkrabek rpulkrabek@joneskeller.com

Lucas Trask Ritchie lritchie@joneskeller.com

Aaron David Goldhamer agoldhamer@joneskeller.com

*s/ Andrea Davis*
Andrea Davis, Legal Assistant

8