IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**CRAIG D. KROSKOB; LISA D. KROSKOB;** )<br>**KROSKOB FARMS, LLC; FREUND** )<br>**INVESTMENTS, LLC; DICK WOLFE** )<br>**AS STATE ENGINEER, COLORADO;** )<br>**DAVID NETTLES AS DIVISION 1** )<br>**WATER ENGINEER; CAP FINANCIAL** )<br>**CV2, LLC; ROBERT A. SAGEL AS** )<br>**PUBLIC TRUSTEE OF MORGAN** )<br>**COUNTY, COLORADO,** )<br>)<br>  Defendants. ) | **Case No. 2011 CV 00939-WYD-KMT** |

### PLAINTIFF GSL'S MOTION FOR TRANSCRIPTION
### OF SETTLEMENT AGREEMENT

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, pursuant to Fed. R. Civ. P. 7(b)(1) and D.C.Colo.LCivR 7.1, respectfully moves for transcription of the settlement agreement reached on September 29, 2011, as follows:

1.  A confidential settlement conference was held with Magistrate Tafoya on September 29, 2011.

2.  After a successful conference, the parties appeared in court to make a record of their agreement.

3.  The defendants failed to perform their obligations under the settlement

1

agreement, and a motion to enforce the settlement agreement is now pending.  One issue presented in the motion is whether there is a properly executed written agreement between the parties.

4.	The undersigned attorney for plaintiff GSL contacted the court reporter to request a copy of the transcript memorializing the parties' settlement agreement.  The Court reporter has advised that the record is sealed, but will be transcribed with permission from this Court.

5.	No party will be unduly prejudiced by transcription of the settlement agreement of the parties.

WHEREFORE, GSL respectfully requests that the Court enter an order permitting the court reporter to transcribe the agreement of the parties stated on the record after the settlement conference on September 29, 2011, and to provide copies to the plaintiff and to the Court as part of the pending motion to enforce the settlement agreement.

Dated: November 21, 2011.

Respectfully submitted,

*LiPuma Law Associates, llc*

/s/ Richard LiPuma
_____
Richard LiPuma, #17892
Attorney for Plaintiff, GSL of ILL, LLC
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile

**Certificate of Service**

I certify that the foregoing **PLAINTIFF GSL'S MOTION FOR TRANSCRIPTION OF SETTLEMENT AGREEMENT** was duly served on November 21, 2011, via CM/ECF or United States Mail, on the following:

>Ross W. Pulkrabek
>JONES & KELLER, P.C.
>1999 Broadway, Suite 3150
>Denver, Colorado 80202

                                     */s/ Richard LiPuma*

                                     Richard LiPuma