**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| GSL of ILL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 2011 CV 00939-WYD-KMT** |
| | ) | |
| CRAIG D. KROSKOB; LISA D. KROSKOB; | ) | |
| KROSKOB FARMS, LLC; FREUND | ) | |
| INVESTMENTS, LLC; DICK WOLFE | ) | |
| AS STATE ENGINEER, COLORADO; | ) | |
| DAVID NETTLES AS DIVISION 1 | ) | |
| WATER ENGINEER; CAP FINANCIAL | ) | |
| CV2, LLC; ROBERT A. SAGEL AS | ) | |
| PUBLIC TRUSTEE OF MORGAN | ) | |
| COUNTY, COLORADO, | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion for Transcription of Settlement

Agreement.  The Court finds that the Agreement should be transcribed.

IT IS HEREBY ORDERED that the Court Reporter shall transcribe the record of

proceedings on September 29, 2011, and provide copies to the Court, and to any party that

requests and pays for a copy.

Dated: November 21, 2011.

BY THE COURT:

_____

Kathleen M. Tafoya
U. S. DISTRICT COURT MAGISTRATE