IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2011 CV 00939-WYD-KMT** |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, pursuant to a Minute Order entered by Magistrate Judge Kathleen M. Tafoya dated January 3, 2012, respectfully reports to the Court as follows:

1. The undersigned attorney for GSL has discussed the case with the attorney for the State and Division Water Engineers, Dick Wolfe and David Nettles, and determined that these persons have no interest in the property that is the subject of this action. Therefore, claims against these defendants will be voluntarily dismissed.

2. The undersigned attorney for GSL has discussed the case with the attorney for the CAP Financial CV2, LLC, and also determined that this entity has no interest in the property that

1

is the subject of this action. Therefore, claims against this defendant will be voluntarily dismissed.

3.     Robert Sagel, the Public Trustee of Morgan County, was properly served on April 12, 2011, and did not answer or otherwise plead. Plaintiff intends to file a motion for default judgment against this defendant.

4.     Defendant Freund Investments, LLC, was served and filed an answer to the complaint. Therefore a determination must be made as to whether Freund Investments' interest in the subject property is superior to GSL's interest. The parties are negotiating, but at this time, further proceedings may be required.

5.     GSL has attempted to contact counsel for defendants Craig and Lisa Kroskob and Kroskob Farms, LLC, to determine whether agreement can be reached regarding the next steps in this action. To date, the Kroskobs have not responded. GSL intends to submit a proposed Judgment against the Kroskob defendants, as directed by the Court.

6.     GSL suggests that the parties schedule a status conference with Magistrate Judge Tafoya in approximately 30-60 days.

Dated: January 12, 2012.                    Respectfully submitted,

*LiPuma Law Associates, llc*

*/s/ Richard LiPuma*

_____
Richard LiPuma, #17892
Attorney for Plaintiff, GSL of ILL, LLC
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile

## Certificate of Service

I certify that the foregoing **Status Report** was duly served on January 12. 2012, via CM/ECF or United States Mail, on the following:

Ross W. Pulkrabek
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202

William C. Brittan, Esq.
CAMPBELL KILLIN BRITTAN & RAY, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206

*/s/ Richard LiPuma*
_____
Richard LiPuma