**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **GSL of ILL, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 2011 CV 00939-WYD-KMT** |
| | ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** | ) | |
| **KROSKOB FARMS, LLC; FREUND** | ) | |
| **INVESTMENTS, LLC; DICK WOLFE** | ) | |
| **AS STATE ENGINEER, COLORADO;** | ) | |
| **DAVID NETTLES AS DIVISION 1** | ) | |
| **WATER ENGINEER; CAP FINANCIAL** | ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** | ) | |
| **PUBLIC TRUSTEE OF MORGAN** | ) | |
| **COUNTY, COLORADO,** | ) | |
| | ) | |
| Defendants. | ) | |

---

**ADVISEMENT REGARDING TRANSCRIPT OF RECORD**

---

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, respectfully advises the Court that a transcript of the parties' settlement agreement will be completed by Tuesday February 14, 2012, and promptly filed.

1.      The parties achieved a settlement agreement after a mediation conference with Magistrate Tafoya on September 29, 2011.  Defendants Craig and Lisa Kroskob and Kroskob Farms, LLC (collectively, the "Kroskobs") failed to abide by their agreement. GSL filed a motion to enforce the settlement agreement (doc 40).

2.      GSL ordered a transcript of the settlement agreement upon filing its motion for enforcement.  The court reporter stated that the record had been sealed and could be transcribed

1

only upon entry of an order by Magistrate Tafoya.  GSL filed a motion to unseal the transcript (doc 46), which was granted by Magistrate Tafoya (doc 48) (Magistrate Tafoya limited access to the transcript to counsel for the parties and the Court).

3.     Subsequently, Magistrate Tafoya entered an order (doc 49) granting GSL's motion to enforce the settlement agreement.  GSL assumed that the settlement agreement had been transcribed and provided to the Court.

4.     The Kroskobs filed an objection (doc 52) to Magistrate Tafoya's order enforcing the settlement agreement.  GSL does not intend to file any response, other than to rely on the settlement agreement itself, the authorities cited in its underlying motion to enforce the settlement and its reply in support of that motion (doc 45), as well as additional authorities relied on by Magistrate Tafoya.  However, GSL learned that the settlement agreement has not yet been transcribed or provided to the Court.  GSL has again ordered the transcript on an expedited basis, and understands that it will be completed by Tuesday February 14, 2012.  GSL will file the transcript with the Court under seal as soon as a copy is received.

Dated: February 9, 2012.

Respectfully submitted,

*LiPuma Law Associates, llc*

*/s/ Richard LiPuma*

_____
Richard LiPuma, #17892
Attorney for Plaintiff, GSL of ILL, LLC
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile

**Certificate of Service**

I certify that the foregoing **ADVISEMENT REGARDING TRANSCRIPT OF RECORD** was duly served on February 9, 2012, via CM/ECF or United States Mail, on the following:

> Ross W. Pulkrabek
> JONES & KELLER, P.C.
> 1999 Broadway, Suite 3150
> Denver, Colorado 80202
>
> William C. Brittan, Esq.
> CAMPBELL KILLIN BRITTAN & RAY, LLC
> 270 St. Paul Street, Suite 200
> Denver, CO 80206

*/s/ Richard LiPuma*
_____
Richard LiPuma