IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-00939 (WYD-KMT)

GSL of ILL, LLC,

        Plaintiff,

   v.

CRAIG D. KROSKOB; LISA D. KROSKOB;
KROSKOB FARMS, LLC; FREUND
INVESMENTS, LLC; DICK WOLFE
AS STATE ENGINEER, COORADO;
DAVID NETTLES AS DIVISION 1
WATER ENGINEER; CAP FINANCIAL
CV2, LLC; ROBERT A. SAGEL AS
PUBLIC TRUSTEE OF MORGAN
COUNTY, COLORADO,

        Defendants

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT FREUND INVESTMENTS, LLC

COMES NOW the undersigned members of the bar of this Court, and herewith enter their appearances as counsel for Defendant Freund Investments, LLC and request that copies of all notices, pleadings and other documents filed in this matter be sent electronically or mailed to:

   Richard O. Campbell at rcampbell@ckbrlaw.com; and
   Margaret R. Pflueger at mpflueger@ckbrlaw.com.

Respectfully submitted this 1st day of March, 2012.

CAMPBELL KILLIN BRITTAN & RAY, LLC

By: *s/ Richard O. Campbell*
Richard O. Campbell, # 3257
270 St. Paul Street, Suite 200
Denver, CO  80206
Phone:  303-322-3400
Fax:  303-322-5800
rcampbell@ckbrlaw.com

ATTORNEYS FOR DEFENDANT
FREUND INVESTMENTS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT FREUND INVESTMENTS, LLC** was electronically filed and served using the CM/ECF system which will send notification to the following e-mail addresses:

Richard T. Li Puma  rich@rlipuma.com

Ross Whiting Pulkrabek  rpulkrabek@joneskeller.com

Lucas Trask Ritchie  lritchie@joneskeller.com

Aaron David Goldhamer  agoldhamer@joneskeller.com

*s/ Andrea Davis*
Andrea Davis