IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-00939-WYD-KMT          FTR - Courtroom C-201

**Date:** March 7, 2012                          Deputy Clerk, Nick Richards

GSL OF ILL, LLC,                                Richard Thomas LiPuma

       Plaintiff,

v.

CRAIG D. KROSKOB;                               Ross Whiting Pulkrabek
LISA D. KROSKOB;                                Margaret Reidy Pflueger
KROSKOB FARMS, LLC;
FREUND INVESTMENTS, LLC;
DICK WOLFE AS STATE ENGINEER,
COLORADO;
DAVID NETTLES AS DIVISION 1 WATER
ENGINEER;
CAP FINANCIAL CV2, LLC; and
ROBERT A. SAGEL AS PUBLIC TRUSTEE OF
MORGAN COUNTY, COLORADO,

       Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**SCHEDULING CONFERENCE**
**Court in Session: 10:32 a.m.**
Court calls the case. Appearances of counsel.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: March 30, 2012
Discovery Cut-off: August 31, 2012
Dispositive Motions Deadline: September 15, 2012
Each party group is limited to 6 retained expert witnesses.

Disclosure of Affirmative Experts: June 30, 2012
Disclosure of Rebuttal Experts: July 31, 2012
Written Discovery shall be served no later than June 30, 2012.
Each party group shall be limited to 25 interrogatories.  The parties agree on no limitation on requests for production and requests for admission.
Each party group shall be limited to 10 depositions, excluding experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** is set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **November 15, 2012 at 10:00 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

It is **ORDERED**:   Plaintiff's will file a form of judgment consistent with the terms contained in the settlement agreement transcription in compliance with part 3 of this court's Order [Doc. No. 49, filed January 3, 2012] on or before March 14, 2012.

It is **ORDERED**:   The Clerk of Court shall change the restriction level on Restricted Transcript [Doc. No. 56, filed February 15, 2012] to **Restriction Level 1**.

TRIAL:

Trial Preparation Conference and trial dates will be set by Chief District Judge Wiley Y. Daniel.


Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 11:03 a.m.**
Total In-Court Time:   00:31        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.