# EXHIBIT A

04/25/2006    17:10     FARMERS STATE BANK → 9679600                                    NO. S81    001

Page 1

This list not collateral at Farmers State Bank of
Brush, Colo. — Al J. Campbell, President
4-25-06

Kroskob Farms
EQUIPMENT LIST

| Equipment Description | Make | Model | Serial# | Condition | Mkt Value |
|---|---|---|---|---|---|
| 40 MobileRadios | | | | Good | 30,000 |
| End Dump | Hobbs | 1982 | FHT394801 | Good | 12,500 |
| End Dump | Hobbs | 1972 | FWP273301 | Good | 12,500 |
| Bale Stacker | McDonn | 1999 | 131688 | Good | 33,000 |
| BoxScraper | David | 114 | L121470 | | |
| 3-Cornheads JD | | 843 1990 | 46335 | Good | 10,000 |
| | | | H00843x | | |
| | | | 635886 | | |
| | | | 467168 | | |
| Misc. Shop Equipment | | | 12901012 | Good | 52,500 |
| Loader | Koyker | | | Good | 40,000 |
| Bale | | 2000 | GB870-3 | Good | 19,000 |
| Processor | BigBoss | 1999 | 99120 | | |
| TubGrinder | Haybuster | 2001 | 3ER05140 | Good | 14,000 |
| Bedder | Schlagel | | 222JJ0198 | Good | 125,000 |
| Grain Cart | Brent | | | Good | 12,000 |
| Grain Cart | Brent | | 420369 | Good | 11,000 |
| Semi | Pete | 1994 | 3434 | Good | 11,000 |
| Trailer | Wil | 1997 | 15E397471 | Good | 15,000 |
| Bobtail | INT | 1997 | 15D392672 | Excel | 12,000 |
| Semi | Fre | 1993 | 15E393247 | Excel | 50,000 |
| Truck | GMC | 1975 | 15E398596 | Excel | 30,000 |
| PKP | DodgeRam | 2001 | 15E392686 | Good | 11,000 |
| | | | 1BYMF336 | | |
| PKP | Ford F350 | 1999 | 31J203523 | Good | 28,300 |
| | | | 1FTNW21F | | |
| Truck INT | | 1981 | 6xDB03567 | Excel | 25,800 |
| | | | 1HTDF257 | | |
| Trailer | Wil | 1995 | 3BHA17063 | | |
| | | | 1W1BHA60 | | |
| Truck | Ken | 1981 | x5E307414 | Good | 14,000 |
| | | | 1XKWDBBX4 | | |
| Truck | Ken | 1994 | BF194880 | Good | 30,000 |
| | | | 1XKADE9X | | |
| Truck | Fre | 1892 | 4RR620790 | Good | 35,000 |
| | | | 1FUXDSYB9PP43 | | |
| PullType | | | 8308 | Good | 14,000 |
| Spreader | Knight | | | Good | 26,000 |

04/25/2006   17:10   FARMERS STATE BANK → 8679600                      NO.981   002
APR-25-06  04:15 PM                                                        P.06

*alg. Campbell, President*                                             Page 2

| Item | | | Year | Serial | Condition | Value |
|---|---|---|---|---|---|---|
| - PullType Spreader | Knight | | | | Good | 25,000 |
| - Mulcher 32Ft. Kewanee | #360 | | | | Good | 15,000 |
| - Mulcher 30Ft. Brillion | | | | WL-03178 030 | Good | 25,000 |
| - Darf Rake | 950 | | | | Good | 12,500 |
| - Weed MpwerKrause | 7025 | | | 1220230 | Good | 25,000 |
| - Planter | JD | 7300 | | A106987 | Good | 15,000 |
| - Landsman | Krause | 3122 | | 1439 | Good | 15,000 |
| - 12ft. Box Scaper | | | | 11540 | Good | 25,000 |
| - 930 JD w/ Sunflower Pans | JD | | | P631731 | Good | 25,000 |
| - Ford | 56 Ford 800 | | | AE6015H | Good | 12,000 |
| - 2-BeanHeads | JD | | | X586577 X562375 | Fair | 20,000 |
| - Tractor | JD | 4430 | 6000 Hrs. | H050923R | Good | 15,000 |
| · Tractor | JD | 4640 | | 021362Rw | Good | 23,000 |
| - PKP   GMC Sierra | | | 2004 | 1GTJK3320 4F184288 | Excel | 34,000 |
| Owed-$18,000 -691.00 a mo. Chrysler Financial | | | | | | |
| - Tractor | JD | 4630 | 1976 | R015090R | Good | 15,000 |
| - 30'Platforms | JD | 939 | 1990 | 631515 661235 661309 | Good | 36,000 |
| - 3-BeanHeads | JD | 224 | 1990 | x586577 x582375 130577 | Good | 20,000 |
| - 2-Pickup Heads | JD 212 | | 1980 | | Good | 12,000 |
| - Stock Shredder | Hiniker | | 1997 | | Good | 26,000 |
| - Baler | Hesston | 4910 | 2002 | HK48109 1276 | Good | 75,000 |
| - Semi Trailer | Trinity | | 2000 | 1F95E4223 4B11419 | Good | 20,000 |
| - Big Bale Stacker | MacDon | 1300 | | | Good | 25,000 |
| - Tractor | JD | 4450 | 1985 | RW445014 019055 | Good | 43,000 |
| - Tractor | JD | 7800 | 1996 | P010772 | Good | 68,000 |
| - Tractor | JD | 8200 | 1996 | RW8200 P012420 | Good | 83,000 |
| - Spreader | Knight | | | 1060A | Good | 25,000 |
| - Sprinkler 7 Tower | Zimmatic | | 2003 | L-72633 | Good | 30,000 |
| - Sprinkler 6 Tower | Zimmatic | | 2003 | L-62526 | Good | 30,000 |

04/25/2006    17:10     FARMERS STATE BANK → 8679600                                    NO.981    003
APR-25-06 04:15 PM                                                                            P.07

*al J. Campbell, President*

Page 3

| Sprinkler 7 Tower | Zimmatic | 2000 | L-63654 | Good | 24,000 |
|---|---|---|---|---|---|
| Sprinkler | Zimmatic | 2001 | L-64719 | Good | 27,000 |

04/25/2006    17:18    FARMERS STATE BANK → 8679600                    NO.981    004
                                                                                   P.02

*alg. Campbell, President*

*Page 4*

Kreskeb Farmin
## EQUIPMENT LIST

| Equipment Description | Make | Model | Serial# | Condition | Mkt. Value |
|---|---|---|---|---|---|
| Ripper | IHC | 10 | IHC4515 | Good | 6,500 |
| 2-Bean Rods | JD | 843 | 3090-4 | Good | 5,000 |
| 2-Stripper Bars | JD | 1990 | 26905-2 17034 | Good | 6,000 |
| 2-Stripper Bars | JD | | 16071 | Good | 6,000 |
| Landleveler | Eversman | | | Fair | 4,000 |
| Highlift Dump-Wagon | Duval | | 1058 | Good | 7,000 |
| 8-Row Schmeizer | JD | | AR97612 | Good | 5,000 |
| 18ft. Disc | Krause | | | Good | 3,500 |
| 2-Rolteras | Leily | | 0207 0304 | Good | 4,000 |
| 16row Sprayer | INT | | 16307x7 | Good | 7,500 |
| 350 Corral Panels | | | | Good | 10,000 |
| Combine Trailer | Jantz | | 5395 | Good | 10,000 |
| Weedburner | Hielburn | | HEI518 | Good | 10,000 |
| 16row Sprayer | ALLO | | IK947 | Good | 7,500 |
| Ripper | JD | | 011797 | Good | 3,000 |
| Ripper | JD | | 1081 | Good | 3,000 |
| Trailer | WIL | 1964 | LU-8734 | Fair | 7,000 |
| Truck | GMC | 1969 | JV7DAD10 3543 | Fair | 7,500 |
| Truck | GMC | 1972 | MH90AD20 4393 | Fair | 4,200 |
| Truck | INT | 1973 | 42747C9R 12677 | Fair | 10,000 |
| Truck | Fre | 1992 | 1FUYDPYB 6NH516945 | Good | 10,000 |
| Trailer | HOB | 1959 | | Fair | 7,000 |
| Trailer | WIS | 1981 | 1DA72C577 DM007235 | Good | 6,500 |
| TT | Whi | 1990 | 4VIDDFUE7 LU626352 | Good | 10,000 |
| TT | GMC | 1989 | 4VIDDFUE5 KN609512 | Good | 6,500 |
| Bobtail | Western Star | 1974 | 15E395072 | Good | 10,000 |
| PKP | Dodge Ram | 2001 | 1BYMF336 31J203523 | Good | 6,000 |
| PKP | Chev C-10 | 1978 | CCL448F4 | Fair | 2,000 |

04/25/2006   17:18   FARMERS STATE BANK → 8679600

NO.981   005
P.05

*alf. Campbell, President*

Page 5

| Item | Make | Year | Serial | Cond. | Value |
|---|---|---|---|---|---|
| - PKP | GMC K3500 | 1992 | 473360000 1GDHK34F 1NE55262 | Good | 7,400 |
| - Tiller Bedder KMC | | | HG51537 | Good | 3,500 |
| - 2-Steal Harrows | | | H1963 H1965 | Good | 4,000 |
| - 3High Point Lift | AgriCrane | | | Good | 5,000 |
| - 2-8row Cultivators | Lilliston | | 14846 78195 | Good | 4,500 |
| - 2-5000gal fuel tanks | Gasboy pumps | | | Good | 3,000 |
| - 10-500gal fuel tanks | Gasboy pumps | | | Good | 7,000 |
| - 25' Equip. trailer | Moonon | 1983 | 1DA72C577 DM007235 | Good | 6,000 |
| - 25' Equip. trailer | Imco | 1990 | | Good | 6,000 |
| - 28' Swather trailer | GM | 2000 | | Good | 6,500 |
| - 35' Sweep | Krause | | K130 | Good | 6,000 |
| - Bedder | Orthman | 1991 | 4529 | Good | 4,500 |
| - Stalk Shredder | Hiniker | 5600 | 0050 | Good | 8,000 |
| - Stalk Shredder | Hiniker | 5600 | 0052 | Good | 8,000 |
| \ 34'Wing Disc INT | | | 1378 | Good | 5,000 |
| - Plow 5x18 | INT | | 0274860 | Good | 5,000 |
| - Ripper | Krause | | 4515 | Good | 7,500 |
| - Ripper | Krause | | 1-081 | Good | 7,500 |
| - Cultivator | JD 690 | | H00885x001457 | Good | 8,500 |
| - Disc | JD 335 | | T0331 | Good | 10,000 |
| - 2-Header Trailers | JD | | 9043 831109 | Good | 6,000 |
| - 3-70ft. Augers | | | 107370 2374 128397 | Fair | 4,500 |
| - Tractor | David Brown 1969 | | 1200-A713919-S | Fair | 3,500 |
| - Bedder | Schlagel | | TPEDR12701 | Good | 8,500 |
| - Till n Plant | Schlagel | | TP0830109603 | Good | 9,000 |
| - Cultivator w/ markers | JD 885 | | 885x00267 | Good | 7,000 |
| - Sprayer | Willie | | W720129 | Fair | 5,000 |
| - Dummyhead | JD | | DP15803 | Fair | 1,500 |
| - Dummyhead | JD | | 275718H | Fair | 1,500 |
| - Ditchwitch | 3510 DD3610 | | 3K0702 | Good | 6,500 |

04/25/2006   17:18   FARMERS STATE BANK → 8679600   NO.581   D06
APR-25-06 05:20 PM   P.02

*a.g. Campbell, President*

*Page 6*

| | | | | Condition | Value |
|---|---|---|---|---|---|
| PKP | Ford F250 | 1984 | 1FTHX2617 EKA33700 | Good | 2,000 |
| PKP | GMC K-15 | 1985 | 1GTEK14H4 FJ509906 | Fair | 2,500 |
| PKP | GMC | | 1GTEK14C 9FF706769 | Fair | 2,500 |
| Stacker Hesston | 60A | | 17279560A | Fair | 8,000 |
| Cultivator | Hiniker | | 6000-1719-103 | Fair | 7,000 |
| Cultivator | Hiniker | | 6000-1719-101 | Fair | 7,000 |
| Fuel Tank | 15000gal | | | Fair | 2,250 |
| Fuel Tank | 12000gal | | | Fair | 2,250 |
| Truck Pete | | 1979 | 115005N | Good | 10,000 |
| Brow ditcher Hawkins | | | 6713 | Good | 7,000 |
| Bars-2 | | | | | |
| 2-Beet Carts JD | | | 0231 | Good | 3,000 |
| | IHC | | 00540 | Good | 3,000 |
| 2-40ft. Storage Trailers | | | | Good | 3,000 |
| 40ft. Calving Tote a Shed | | | | Good | 9,000 |
| 30ft. Horse Shed Tote a Shed | | | | Good | 6,000 |
| Cattle Chutes w/Panels | | | | Fair | 6,000 |
| 5-Tower Sprinkler Raincat | | | 4780 | Good | 3,000 |
| 5-Tower Sprinkler Valley | | | V-13794 | Good | 3,000 |
| 5000 Irrigation Tubes | | | | Good | 5,000 |
| Disc JD 235 | | | A3991 | Good | 4,500 |

MAY-03-06 05:13 PM                                                                 P.06

2nd

Krause 4515 chopper chisel #1081                          10,000

                                                          115,750


## Komatsu Financial Corp.

| 1998 WA320-3 Wheel Loader  #A30454 | 60,000 |
| 2000 WB150-2 Backhoe Loader #F10121 | 15,000 |
| 1997 WA380-3L Wheel Loader #A50256 | 75,000 |
| 1994 850 Motograder #201100 | 35,000 |

                                                          215,000


## Farm Service Agency

| JD 7800 Tractor  # RW7800P001340 | 60,000 |
| Case W30 Skid Loader # 12104040 | 15,000 |
| Banton 475 Tractor/Excavator # C475400 | 5,000 |
| Int. Paddle Scraper # 5240003U015453X | 8,000 |
| Hinniker 6000 Cultivator | 7,000 |
| Komatsu WA32 Loader #W320-110566 | 47,000 |
| Brillion 25ft. Mulcher | 15,000 |
| JD 8row cornhead #843 | 12,000 |
| Int. TD15 Cat #7877 | 15,000 |
| 1996 Jetco Grain Trailer # 1J9G42201TH009571 | 14,000 |
| JD 24ft. Bean head | 4,000 |

                                                          144,000


## Knight Manufactoring

| 1170 Knight TK MTD. Spreader #2HSFMAHR7VC022933 | 26,000 |
| 1170 TK MTD. Spreader #1WUVDCJE5JN12635 | 28,000 |
| 1160 Knight Spreader Trailer Ser # 80 | 30,000 |

                                                          86,000


*[signatures]*

MAY-03-86 05:12 PM                                                                        P.85

## Centennial Bank of the West

| | |
|---|---:|
| JD 12ft. dozer | 6,000 |
| 81 JD 843 8 row cornhead #467168 | 6,000 |
| JD 224 bean head #583375 | 3,000 |
| JD 930 grain head | |
| JD 930 w/ sunflower pans | 9,000 |
| JD 9ft. pu head #275718H | 2,000 |
| JD 212 pu head | 1,000 |
| Ag-Krane Hi-Lift 3pt. | 2,500 |
| 3500+ irrigation tubes | 4,000 |
| 2-Header trailers | 2,000 |
| Hiniker 5600 #050-101 | 7,000 |
| 1-Artsway shredder | 1,000 |
| | |
| 72 Mohrlang 17ft. spreader #404 | 4,000 |
| Orthman 8row ditcher | 4,000 |
| 2 KMC Roto-tillers | 6,000 |
| Hawkins 8row or 6row ditcher | 2,000 |
| Sprayer 3pt. | 500 |
| JD Hyd ditcher | 500 |
| SB bedder w/ markers | 1,000 |
| 2-Lilliston 8row cultivators | 2,000 |
| Soil mover 10ft. | 1,500 |
| 4- 3 bar 3pt. cultivators w/ english ditchers | 1,000 |
| 1983 Frt. Tr wet kit #216709 | 4,000 |
| 1988 ATL TL 2 axl flatbed #1A9FH16250M0Q9175 | 3,000 |
| Hesston 60A | 4,000 |
| Hobbs 36ft. End dump #3948-1 | 4,000 |
| 45ft. Storage van | 500 |
| 40ft. Storage van | 500 |
| 95 Arrow 25ft GN | 1,000 |
| | |
| Int. 165 5x18 plow #0274860 | 5,000 |
| JD 235 disk | 3,000 |
| JD 717 rotary mower #7104 | 1,500 |
| Orthman 8row bean cutter | 5,000 |
| Orthman 10row 3pt. bean cutter | 2,500 |
| Eversman Hyd ditcher | 750 |
| AC 15ft. power harrow | 500 |
| Gopher Getter | 500 |
| JD 9ft. blade | 1,500 |
| Silver Jet Weed Burner | 500 |
| NH 283 Baler | 500 |
| Orthman Front 3pt. hitch | 1,500 |

P.5                    1 847-780-1008       Norm L??n&Asso?0        May 31 06 10:24a

MAY-05-06 05:12 PM

## Case Credit Corp.

| | |
|---|---|
| 2003 Hesston Baler Model 4910 | 100,000 |
| 2003 Hesston Baler Model 4655 | 20,000 |
| 2003 Grain Drill Model 5400 | 15,000 |
| | 110,000 |

MAY-03-06 05:11 PM

| | | |
|---|---|---|
| Flatbed | 2001 Mor. #007146 | 500 |
| **Combines** | | |
| Combine | 98 JD 9610 #09610x677053 | 100,000 |
| **Equipment** | | |
| Disk | JD 331 Disk #12261 | 7,000 |
| Beet Harvester | 95 Artsway 690 #AW690940463 | 18,000 |
| **Misc.** | | |
| Motorhome | 84 Midas | 8,000 |
| | | 455,500 |

## Chuck Brown Company
### Leases

|  |  |
|---|---|
| #1XP5DR9X2MD310632 | |
| 1991 Peterbilt Truck-Tractor  379 Conventional | 15,000 |
| 1- 1990 Int. 8100 Truck- #1HSHCGGR5LH283743 | 25,000 |
| 1- American Eagle Bridge Big Bale Stacker | 60,000 |
| #37 MTD on Above Unit | |
| 1- H1100E Haybuster Commercial Tub Grinder | |
| # 22-2-JJ0198 | |
| w/ Caterpillar 3406T 460HP Engine Attached | 150,000 |
| # 3ER05140 | |
| 1- Claas 900 Jaguar Self-Propelled Forage Harvester | 350,000 |
| #49204302 | |
| 1- Claas RU600 8 Row Industrial Harvester Head | |
| # 66102157 | 75,000 |
| 1- Claas 380 12 1/2' Hay Head #  42902343 | 25,000 |
| | 700,000 |

## John Deere Company

| | |
|---|---|
| JD 9610 Combine -BJ note | 100,000 |
| JD 4690 Windrower & JD 16' Auger- BP note | 50,000 |
| JD 8400 Row Crop Tractor- BS note | 60,000 |
| JD 4640 Row Crop Tractor- BT | 27,000 |
| JD 4895 Windrower & JD 895 Platform | 50,000 |
| | 287,000 |

*[signatures]*

MAY-03-06 05:11 PM                                                                P.02

# Kroskob Farms- Craig & Lisa Kroskob

## Farmerstate Bank of Brush

### List of Collateral

**Trucks**

| | | |
|---|---|---|
| Tractor | 88KW #1XKDDB9X1JJ348911 | 25,000 |
| Tractor | 88 Int. S-2300 #572942 | 20,000 |
| Tractor | 79GMC #621420 | 10,000 |
| Manure Box | 91Ft. #392963 | 15,000 |
| Manure Box | 87 Ft. KW #2NKWL29x8HM346842 | 20,000 |
| Potato Box | 87Int. #2HSFBAGR9HC006003 | 25,000 |
| Tractor | 88Whi (wrecked) | 8,000 |
| Tractor | 87Int. #89005 | 20,000 |
| Tractor | 91 Ft. #392359 | 15,000 |
| Tractor | 88Int. #1HSJYGUR7JH528658 | 25,000 |
| Feeder Box | 81Int. 1700 #1HTAA17B1BHB35545 | 22,000 |
| Dump Box | 81 Ford 9000 #1FDYU90W8BVJ31888 | 17,000 |
| Pickups | 82 Dodge #J87FP2454CY104276 | 1,500 |
| | 84 Chev #1GCEK14C1EJ123463 | 1,500 |
| | 93 Chev (wrecked) | 500 |
| | 93 GMC #1GTGK24K3PE52900x | 2,000 |
| | 84 Ford #1FTJ35L1EPA53263 | 2,000 |
| | 80 Dodge (wrecked) | 500 |

**Trailers**

| | | |
|---|---|---|
| Live Btm | 86 BoCat #15RB05022G1WS0067 | 10,000 |
| Live Btm | 83 Monon #1NNTF5129DM059942 | 10,000 |
| End Dump | Fruehayf 30' Alum. #FWP273301 | 8,000 |
| Grain | 96 Jet #1J9G42204TH009693 | 12,000 |
| Cattle Pot | American | 5,000 |
| Equipment | 30' Dropdeck | 12,000 |
| Equipment | Wildhorse 36' GN | 4,000 |
| Swather Trl | 00 Donahue | 10,000 |
| Equipment | 24' Gooseneck | 3,500 |
| Stock Trl. | 95 Trailman | 3,000 |
| Equipment | 46 WW Dropdeck | 5,000 |
| Flatbed | 83 #1DA72C577DM007235 | 5,000 |
| Snowmobile Trl | 97 Sport #399912 | 500 |
| Snowmobile Trl | 91 Yacht Club #96370 | 500 |
| Boat Trl. | 93 Boat Trl. #830101 | 500 |
| Boat Trl | 1997 Boat Trl. #000540 | 500 |
| Live Btm | 65 GTN #7116314 | 2,000 |
| Flatbed | 2001 Max #000393 | 500 |

MAY-03-06 05:13 PM                                                          P.47

## Kroskob's Free Collateral

| | |
|---|---:|
| 84 Pete Semi #15E397471 | $15,000 |
| 97 Wilson Trailer #15E392572 | 12,000 |
| 74 Western Star w/Box #15E395072 | 10,000 |
| 97 Int. w/Box #15E393247 | 50,000 |
| 93 Freightliner Semi #15E398593 | 30,000 |
| 75 GMC Truck #15E392686 | 11,000 |
| 76 JD4630 | 15,000 |
| Hesston 60 A Stacker | 8,000 |
| 2- Hinniker Cultivators | 14,000 |
| Fuel Tanks | 4,500 |
| 58 Ford 800 | 12,000 |
| Schlagel Bedder | 8,500 |
| Schlagel Till n Plant | 9,000 |
| JD 885 Cultivator w/markers | 7,000 |
| Sprayers | 5,000 |
| 2- JD Dummy Heads | 3,000 |
| 2- Orthman Bean cutters | 15,000 |
| 2- JD Bean Heads | 6,000 |
| 3- Bean Rods | 5,000 |
| 3510 Ditch Witch | 6,500 |
| Knight pull type spreader | 25,000 |
| Kewanee Mulcher 32ft. | 15,000 |
| 2-Hiniker Stalk Shredder | 16,000 |
| Int. 34' wing disk | 5,000 |
| Int. 165 5x16 Plow | 5,000 |
| | |
| 2- 30ft. Brillion Mulchers | 50,000 |
| 2- Krause Rippers | 15,000 |
| JD 4430 | 15,000 |
| JD 4640 | 23,000 |
| 2- Darf Rakes | 25,000 |
| Krause 7025 Weed Mower | 25,000 |
| JD 7300 Planter | 15,000 |
| 2- JD 690 Cultivators | 17,000 |
| Krause Landsman | 15,000 |
| 1- JD 335 Disc | 10,000 |
| 3- Combine Head Trailers | 9,000 |
| 3- 70ft. Augers | 4,500 |
| 3- 20ft Spring tooth | 2,500 |
| 3- Hesston 60A Hay Loafers | 20,000 |
| 1- 12ft. Blade Degelman | 8,000 |
| 1- 12 yd. Box Scraper | 25,000 |
| 1969 1200 David Brown Tractor | 3,500 |

G.D. Kroskob
Lisa Kroskob

MAY-03-06 05:14 PM                                                                    P.08

| | |
|---|---|
| 2000 Koyker Loader | 19,000 |
| 1999 Big Boss Bale Processor | 14,000 |
| 2001 Haybuster H-1100-E | 125,000 |
| 2- JD Rotary Hoes | 4,000 |
| 3- 8 Row Hiniker Cultivators | 30,000 |
| 2- Orthman Bean Rods | 5,000 |
| 3- JD Stripper Bars | 6,000 |
| 2- 16 Row Sprayers | 15,000 |
| 2- Eversmen Floats | 4,000 |
| High Lift Dumpwagon | 7,000 |
| Schlagel Bedder | 12,000 |
| 8 Row JD Schmeizer | 5,000 |
| Krause 18ft. Disc | 3,500 |
| 2- Lelly Rotteras | 4,000 |
| KMC Tiller Bedder | 3,500 |
| 2- Steal Harrows | 4,000 |
| 3 Point High Lift | 5,000 |
| 2- 8 Row Lilliston | 4,500 |
| 2- 5000 Gal Fuel Tanks | 3,000 |
| 10- 500 Gal Fuel Tanks | 7,000 |
| Hielburn Weedburner | 10,000 |
| 2- 25' Equipment Trailers | 6,000 |
| 2- Brent Grain Car | 22,000 |
| 3- Rippers | 16,000 |
| 3- Box Scrapers | 10,000 |
| 40- Mobile Radios | 30,000 |
| 350- Corral Panels | 10,000 |
| Jantz Combine Trailer | 10,000 |
| 2- Hobbs End Dumps | 25,000 |
| 2000 Swather Trailer | 6,500 |
| 1982 Int. Feed Truck | 22,000 |
| Krause 35' Sweep | 6,000 |
| Orthman Bedder | 4,500 |
| 2- 8 Row Ditcher Bars | 7,000 |
| Misc. Shop Equipment | 40,000 |
| 2- Beet Carts | 3,000 |
| 2- 40ft. Storage Trailers | 3,000 |
| 40ft. Calving Shed Tote A shed | 9,000 |
| 30ft. Horse Shed Tote A Shed | 6,000 |
| Cattle Chute w/Panels | 6,000 |
| 2- 1998 Zimmatic Sprinklers | 40,000 |
| 2- Zimmatic 7-Tower Sprinkler | 60,000 |
| Raincat 5-Tower Sprinkler | 3,000 |
| Valley 5-Tower Sprinkler | 3,000 |
| 1999 Zimmatic Sprinkler | 25,000 |
| 5000 Irrigation Tubes | 5,000 |
| 3- 1990 JD 843 Corn Heads | 52,500 |

Cris D Krostad
Lisa Kreshab

MAY-03-06 05:14 PM                                                        P.09

| | |
|---|---|
| 3-1990 JD 939 30' Platforms | 36,000 |
| 2-1990 JD 224 Bean Heads | 20,000 |
| 2-1990 JD 212 Pickup Heads | 12,000 |
| 2-1997 Hiniker Stock Shredders | 32,000 |
| 2002 Hesston 4910 Baler | 75,000 |
| 2000 Trinity Semi Trailer | 20,000 |
| 1-Mac Don 1300 Big Bale Mover | 25,000 |
| 1985 JD 4450 Tractor | 43,000 |
| 1996 JD 7800 Tractor | 68,000 |
| 1996 JD 8200 Tractor | 83,000 |
| 2001 Dodge Ram 3500 PKP | 28,300 |
| 2000 Plymouth Neon Sedan | 6,000 |
| 1999 Ford F350 PKP | 25,800 |
| 1978 Chev C-10 PKP | 2,000 |
| 1992 GMC K3500 PKP | 7,400 |
| 1984 Ford F250 Pickup | 2,000 |
| 1993 GMC K2500PKP | 2,000 |
| 2002 Yukon Suburban | 38,700 |
| 1985 GMC K-15PKP | 2,500 |
| 1986 GMC PKP | 2,500 |
| 2004 GMC Sierra PKP | 34,000 |
| 1982 FRE TT | 8,000 |
| 1979 Pet TR | 10,000 |
| 1964 Wil TL | 7,000 |
| 1982 Int. TR | 29,000 |
| 1969 GMC TR | 7,500 |
| 1972 GMC TR | 4,200 |
| 1995 Wil TL | 14,000 |
| 1973 Int. TR | 10,000 |
| 1981 Ken TR | 30,000 |
| 1994 Ken TR | 35,000 |
| 1982 FRE TR | 10,000 |
| 1959 HOB TL | 7,000 |
| 1981 WIS TL | 6,500 |
| 1992 FRE TR | 14,000 |
| 1990 WHI TT | 10,000 |
| 1989 GMC TT | 6,500 |

2,089,900

| Contract | Date | Equipment | Product Identification No. |
|---|---|---|---|
| BO | 9/4/1998 | CL 8-75 Corn Head | 12901012U |
| BJ | 6/4/1998 | JD 9610 Corn Combine | HO9610X678291 |
| BK | 6/18/1998 | J&M 750 BU grain cart | 3434 |
|  |  | JD 930 Platform | H00930P661309 |
| BP | 8/10/2001 | JD 4890 windrower | E04890X150256 |
|  |  | JD 16' auger |  |
|  |  |  |  |
| BS | 11/5/2001 | JD 8400 Row crop Tractor | RW8400P011420 |
| BT | 12/31/2001 | JD 4640 Row Crop Tractor | RW4640H021362 |
| BU | 3/20/2002 | JD 4895 Windrower | E04895X164259 |
|  |  | JD 895 Platform | E00895X168017 |

## Colorado UCC Financing Statement - New Filing

Printed On: 05/23/2006 11:48:50 MDT
County: 99-Secretary_of_State
Reception Number: 2006F050312
Filed: 05/23/2006 11:47:13 MDT

### Filing Information
UCC Lien

**Debtor #1: KROSKOB CRAIG D. MR.**
SSN/FED:
Mailing Address: 11491 ROAD 12
Mailing Address 2:
City,State,Zip: FORT MORGAN CO 80701

**Debtor #2: KROSKOB LISA D.**
SSN/FED:
Mailing Address: 11491 ROAD 12
Mailing Address 2:
City,State,Zip: FORT MORGAN CO 80701

**Secured Party #1: GSL OF ILL, LLC**
Mailing Address: 4131 SOUTH STATE STREET
Mailing Address 2:
City,State,Zip: CHICAGO IL 60609

### UCC Collateral #1: General Description
Description:ALL OF THE DEBTOR'S PRESENT AND/OR FUTURE ASSETS INCLUDING ANY AND ALL RIGHTS, TITLE AND INTEREST IN OR TO ANY AND ALL OF THE FOLLOWING COLLATERAL BUT, NOT LIMITED TO: A) ALL ACCOUNTS RECEIVABLES AND PROCEEDS THEREOF, ALL CHATTEL PAPER, DOCUMENTS, CONTRACT RIGHTS,BOOKS,RECORDS,PURCHASE ORDERS AND ALL BOOKS AND RECORDS RELATING TO THE FOREGOING: B) ALL INVENTORY OF ANY KIND OR NATURE AT ANY LOCATION, ALL GOODS, AND PROCEEDS THEREOF: C) ALL EQUIPMENT, MACHINERY, TOOLING, FURNITURE AND FIXTURES, TOOLS AND ALL PROCEEDS FROM THE FOREGOING: D) ANY AND ALL INSURANCE PROCEEEDS, REFUNDS OF ANY KIND JUDGEMENT PROCEEDS, AWARDS: E) ANY AND ALL ASSETS NOT DETALED ABOVE TANGIBLE OR INTANGIBLE; ALL PROCEEDS RELATING TO THE FOREGOING AND ANY AND ALL RIGHTS, TITLE AND INTEREST IN THE FOREGOING PROPERTY AND COLLATERAL.

### Optional Filer Reference Data
[19687883]

