| | |
|---|---|
| **From:** | Richard LiPuma |
| **To:** | "Ross Pulkrabek" |
| **Subject:** | Kroskob |
| **Date:** | Thursday, March 15, 2012 2:55:00 PM |

Ross:  First, let this constitute notice of the following defaults under the settlement agreement: Failure to pay the initial payment of $350,000; failure to pay the payment of $100,000 due on or before January 1, 2012; failure to satisfy all debts owed to Freund Investments; failure to obtain and record a quit claim deed from Freund Investments for the Road Q property; failure to execute a confession of judgment; failure to execute and escrow a deed conveying the Road Q Property to GSL.  Please have your clients cure these defaults.

[redacted paragraph]

Thanks.
Rich
Richard T. LiPuma
*LiPuma Law Associates, llc*
1635 Foxtrail Drive
Loveland, Colorado  80538
**Telephone:  (970) 776-3292**
Facsimile:  (970) 776-3301
*rich@rlipuma.com*
*www.rlipuma.com*

Confidentiality Statement: This e-mail message and its accompanying documents may contain information which is attorney-client privileged, attorney work product or otherwise confidential and is only for the use of the intended recipient.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this message is strictly prohibited.  If you have received this message in error, please immediately notify us by telephone and permanently delete the e-mail message, attachments and all copies.