# POST-JUDGMENT INTEREST RATE

## 2012

**Weekly average 1-year constant maturity Treasury yield**

| Week Ending | Rate |
|---|---|
| 01/06/2012 | .12% |
| 01/13/2012 | .11% |
| 01/20/2012 | .11% |
| 01/27/2012 | .12% |
| 02/03/2012 | .13% |
| 02/09/2012 | .15% |
| 02/17/2012 | .17% |
| 02/24/2012 | .17% |
| 03/02/2012 | .18% |
| 03/09/2012 | .18% |
| 03/16/2012 | .20% |
| 03/23/2012 | .20% |
| 03/30/2012 | .18% |

CMECF Login | ADR | Attorney | Cases | Calendars | Forms | Court Info | Jury | Employment | Rules | Judges | FAQ | Links



*United States District Court, District of Utah. 350 South Main Street, Room 150, Salt Lake City, UT 84101. (801) 524-6100. E-mail: Ut_support@utd.uscourts.gov*