IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-00939-WYD-KMT

GSL OF ILL, LLC,

     Plaintiff,

v.

CRAIG D. KROSKOB, ET AL.,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On June 28, 2012, the parties contacted my chambers and indicated that this matter has settled.   In light of this development, dismissal documents shall be filed with the Court not later than **Thursday, July 12, 2012.**   Accordingly, the Defendants' Motion to Amend Judgment (ECF No. 64) is **DENIED WITHOUT PREJUDICE.**

     Dated:   June 28, 2012.