IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2011 CV 00939-WYD-KMT |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

### STIPULATED AND UNOPPOSED MOTION TO VACATE JUDGMENT AND DISMISS ACTION WITHOUT PREJUDICE

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, and Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC (collectively the "Kroskobs"), by and through their attorneys, JONES & KELLER, P.C., pursuant to Fed. R. Civ. P. 7(b), 41(a)(2), and D.C.Colo.LCivR 7.1, jointly move for entry of an order vacating the Judgment and Decree dated March 23, 2012 [doc 63] and dismissing the entire action without prejudice, as follows:

1. The Court entered its Judgment and Decree on March 23, 2012.

1

2. On March 26, 2012, the Kroskobs filed objections and a motion to amend the judgment, which are pending.

3. GSL and the Kroskobs have entered into a settlement agreement resolving all claims and other matters at issue in this action.

4. Freund Investments, LLC ("Freund"), is not a party to the settlement agreement. However, counsel for Freund has authorized the movants to advise the Court that Freund does not oppose the requested relief, including dismissal of any and all pending claims, counterclaims, cross-claims and other matters at issue in this action without prejudice.

5. Pursuant to the settlement agreement, the Kroskobs hereby withdraw all objections to the Judgment and Decree; GSL hereby requests that the Judgment and Decree be vacated; and the parties request dismissal of the entire action, including any and all claims, counterclaims, cross-claims, and other matters at issue in this action, without prejudice. Each party shall perform their obligations pursuant to the settlement agreement, and shall bear their own costs and attorney fees.

WHEREFORE, GSL and the Kroskobs respectfully request that the Court's Judgment and Decree dated March 23, 2012, be vacated, and that the action be dismissed without prejudice, each party to perform their obligations under their settlement agreement, and each party to bear their own costs and attorney fees.

Dated: June 29, 2012.

Respectfully submitted,

*LiPuma Law Associates, llc*

/s/ Richard LiPuma

_____
Richard LiPuma
Attorney for GSL
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 776-3301 - Facsimile

**JONES & KELLER, P.C.**

/s/ Ross W. Pulkrabek

_____
Ross W. Pulkrabek
Attorney for the Kroskobs
1999 Broadway, Suite 3150
Denver, Colorado 80202
rpulkrabek@joneskeller.com
(303) 573-1600 - Telephone
(303) 573-8133 - Facsimile

**Certificate of Service**

I certify that the foregoing **STIPULATED AND UNOPPOSED MOTION TO VACATE JUDGMENT AND DISMISS ACTION WITHOUT PREJUDICE** was duly served on June 29, 2012, via CM/ECF or United States Mail, on the following:

    Ross W. Pulkrabek
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, Colorado 80202

    William C. Brittan, Esq.
    CAMPBELL KILLIN BRITTAN & RAY, LLC
    270 St. Paul Street, Suite 200
    Denver, CO 80206

    */s/ Richard LiPuma*
    _____
    Richard LiPuma