IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2011 CV 00939-WYD-KMT** |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

### ORDER VACATING JUDGMENT
### AND DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER is before the Court on the stipulated and unopposed motion of Plaintiff GSL of ILL, LLC ("GSL") and Defendants Craig D. Kroskob, Lisa D. Kroskob and Kroskob Farms, LLC (collectively the "Kroskobs") to vacate the Judgment and Decree dated March 23, 2012 [doc 63] and to dismiss the action without prejudice. The Court finds that GSL and the Kroskobs have settled and resolved all matters at issue in this action, and good cause exists for the requested relief. Defendant Freund Investments, LLC, consents to the requested relief. The remaining defendants have not appeared.

IT IS HEREBY ORDERED that the Court's Judgment and Decree dated March 23, 2012, is vacated. This action is dismissed in its entirety without prejudice. The parties shall perform their obligations under their settlement agreement. Each party shall bear their own costs and

attorney fees.

    Dated this \_\_\_\_ day of _____, 2012.

                                        BY THE COURT:

                                        _____
                                        WILEY Y. DANIEL,
                                         CHIEF UNITED STATES DISTRICT JUDGE