IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-00939-WYD-KMT

GSL OF ILL, LLC,

     Plaintiff,

v.

CRAIG D. KROSKOB;
LISA D. KROSKOB;
KROSKOB FARMS, LLC;
FREUND INVESTMENTS, LLC;
DICK WOLFE AS STATE ENGINEER, COLORADO;
DAVID NETTLES AS DIVISION 1 WATER ENGINEER;
CAP FINANCIAL CV2, LLC;
ROBERT A. SAGEL AS PUBLIC TRUSTEE OF MORGAN COUNTY, COLORADO,

     Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER is before the Court on the stipulated and unopposed motion of Plaintiff GSL of ILL, LLC ("GSL") and Defendants Craig D. Kroskob, Lisa D. Kroskob and Kroskob Farms, LLC (collectively the "Kroskobs") to vacate the Judgment and Decree dated March 23, 2012 (ECF No. 63) and to dismiss the action without prejudice (ECF No. 68).   Based on the parties' statements in the motion, I find that GSL and the Kroskobs have settled and resolved all matters at issue in this action, and good cause exists for the requested relief.   Also, I note that Defendant Freund Investments, LLC, consents to the requested relief.   The remaining defendants have not appeared. Accordingly, it is

     ORDERED that the Court's Judgment and Decree dated March 23, 2012,

is **VACATED**.  This action is **DISMISSED WITHOUT PREJUDICE** in its entirety.  The parties shall perform their obligations under the settlement agreement.  Each party shall bear its own costs and attorney fees.

Dated:   July 2, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge