IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **GSL of ILL, LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2011 CV 00939-WYD-KMT** |
| ) | |
| **CRAIG D. KROSKOB; LISA D. KROSKOB;** ) | |
| **KROSKOB FARMS, LLC; FREUND** ) | |
| **INVESTMENTS, LLC; DICK WOLFE** ) | |
| **AS STATE ENGINEER, COLORADO;** ) | |
| **DAVID NETTLES AS DIVISION 1** ) | |
| **WATER ENGINEER; CAP FINANCIAL** ) | |
| **CV2, LLC; ROBERT A. SAGEL AS** ) | |
| **PUBLIC TRUSTEE OF MORGAN** ) | |
| **COUNTY, COLORADO,** ) | |
| ) | |
| Defendants. ) | |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiff GSL of ILL, LLC ("GSL"), by and through its attorneys, *LiPuma Law Associates, llc*, respectfully advises the Court that GSL has received full payment and satisfaction from Defendants Craig D. Kroskob, Lisa D. Kroskob, and Kroskob Farms, LLC (the "Kroskobs") of any and all judgments entered in the above-captioned action, including all obligations and confessed judgments as described in the Settlement Agreement between the Parties. GSL hereby releases all judgments, contingent judgments, mortgages, liens, encumbrances, rights, title and/or other interests in and to the real and personal property of the Kroskobs, specifically including the following described real property:

1

> East ½ of the NW 1/4 of Section 17, Township 3 North, Range 58 West of the 6th Principal Meridian, Morgan County, Colorado, also known as Parcel #122717000013.

GSL further releases the Notice of Lis Pendens dated April 21, 2011, recorded on April 26, 2011, in the Official Records of Morgan County, Colorado, at reception no. 868307, and all other notices of lis pendens and other encumbrances on any property of the Kroskobs.

Dated: September 11, 2012.

Respectfully submitted,

*LiPuma Law Associates, llc*

/s/ Richard LiPuma
_____
Richard LiPuma, #17892
Attorney for Plaintiff, GSL of ILL, LLC
1635 Foxtrail Drive
Loveland, CO 80538
rich@rlipuma.com
(970) 776-3292 - Telephone
(970) 674-9535 - Facsimile

**Certificate of Service**

I certify that the foregoing **Release and Satisfaction of Judgment** was duly served on September 11, 2011, via CM/ECF or United States Mail, on the following:

> Ross W. Pulkrabek
> JONES & KELLER, P.C.
> 1999 Broadway, Suite 3150
> Denver, Colorado 80202

Pursuant to the Parties' Settlement Agreement, a copy of this **Release and satisfaction of Judgment** also will be recorded in the Official Records of Morgan County, Colorado.

_____
Richard LiPuma